Russell A. Robinson (163937)
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:     (415) 255-0462
Facsimile:     (415) 431-4526

Attorneys for Plaintiffs
SHERRILL FOSTER, HOWARD FOSTER,
SHEILA BURTON, and MINNIE BURTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, <br><br>Plaintiffs,<br><br>v.<br><br>SHANNON EDMONDS, LORI TYLER, and DOES 1-100,<br><br>Defendants. | No.     C-07-5445-EMC<br><br>**PLAINTIFFS' CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>[Civil Rights – Jury Trial Demanded] |

TO THE HONORABLE COURT IN THIS MATTER:

PLEASE TAKE NOTICE that Plaintiffs SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, by and through counsel, hereby consent to proceed before a magistrate judge for all purposes. Appeal from any judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Date:  November 14, 2007             /s/Russell A. Robinson
                                    By:    Russell A. Robinson
                                    Law Office of Russell A. Robinson, APC
                                    Attorneys for Plaintiffs
                                    SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON

---

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                                                         P002.CONSENT
PLAINTIFFS' CONSENT TO PROCEED
BEFORE A MAGISTRATE JUDGE                    - 1 -