1   Russell A. Robinson (163937)
    Law Office of Russell A. Robinson, APC
2   345 Grove Street, First Floor
    San Francisco CA 94102
3   Telephone:     (415) 255-0462
    Facsimile:     (415) 431-4526

4

5   Attorneys for Plaintiffs
    SHERRILL FOSTER, HOWARD FOSTER,
    SHEILA BURTON, and MINNIE BURTON

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10  SHERRILL FOSTER, HOWARD FOSTER,      ) No.     C-07-5445-EMC
    SHEILA BURTON, and MINNIE BURTON,    )
11                                       ) **ADMINISTRATIVE MOTION FOR**
             Plaintiffs,                 ) **CONTINUANCE OF INITIAL CASE**
12                                       ) **MANAGEMENT CONFERENCE;**
    v.                                   ) **DECLARATION OF COUNSEL**
13                                       )
    SHANNON EDMONDS, LORI TYLER,         ) [Jury Trial Demanded]
14  COUNTY OF LAKE, CITY OF CLEARLAKE,   )
    and DOES 1-100,                      ) Date:          January 30, 2008
15                                       ) Time:          2:30 p.m.
             Defendants.                 )
16  _____  )

17          PLEASE TAKE NOTICE that Plaintiffs SHERRILL FOSTER, HOWARD FOSTER,

18  SHEILA BURTON, and MINNIE BURTON, by and through counsel, pursuant to Civil Local

19  Rules (Civil LR), Rule 3-12(b), hereby move this Court as follows:

20          FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

21                                  **DISCUSSION**

22          On about December 7, 2005, against CHRISTIAN DANTE FOSTER [the adult son of

23  Sherrill Foster and Howard Foster] and RASHAD LARON MORRIS WILLIAMS [the adult son

24  of Sheila Burton and grandson of Minnie Burton] were killed by Shannon Edmonds in the

25

26  *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                    P003.ADMINMOTION
    ADMINISTRATIVE MOTION FOR CONTINUANCE
    OF INITIAL CASE MANAGEMENT CONFERENCE;
    DECLARATION OF COUNSEL                        - 1 -

1   County of Lake.  Edmonds and his then-fiancé, Lori Tyler, were never charged with the brutal

2   murders of Christian and Rashad.  Plaintiffs are informed and believe Defendants Edmonds and

3   Tyler were protected before December 7, 2005, and have been protected since December 7,

4   2005, by certain members of law enforcement in Lake County and the City of Clearlake.

5           This action was filed before the statute of limitations passed on the plaintiffs' claims, and

6   the complaint was amended on December 7, 2007, after additional information was obtained.

7   The amended complaint is out for service.  While the proofs of service have not yet been

8   provided, e-mail confirmations from the process server were received by Plaintiff's counsel,

9   indicating two named defendants have been served.

10          Counsel for Plaintiffs, Russell A. Robinson, needed additional time to examine records

11  requested under both state and federal Freedom of Information Acts (FOIA) on behalf of the

12  plaintiffs.  Several requests did not result in the production of any records, and Plaintiffs later

13  sought information from several agencies to which requests were not previously directed.

14          There are a number of issues that need to be addressed by these records.  Attorney-client

15  privilege and the doctrine of attorney work-product protect these things from disclosure.

16          Therefore, Robinson requests the initial CMC be continued to Wednesday, March 19,

17  2008, at 2:30 p.m., or April 2, 2008, at 2:30 p.m.  Counsel for Plaintiffs is not available the week

18  of March 24, 2008.  At this juncture, Plaintiffs are not requesting additional time to serve the

19  amended complaint.

20

21  Date:   January 25, 2008              _____/s/Russell A. Robinson_____
                                         By:    Russell A. Robinson
22                                       Law Office of Russell A. Robinson, APC
                                         Counsel for Plaintiffs
23                                       SHERRILL FOSTER, HOWARD FOSTER, SHEILA
                                         BURTON, and MINNIE BURTON
24

25

26  *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                        P003.ADMINMOTION
    ADMINISTRATIVE MOTION FOR CONTINUANCE
    OF INITIAL CASE MANAGEMENT CONFERENCE;
    DECLARATION OF COUNSEL                          - 2 -

**DECLARATION**

I, Russell A. Robinson, hereby declare as follows:

1.      I am an attorney licensed to practice before all Courts in this State and admitted to practice in the Northern District of California.  The below true and correct facts are based on my own personal knowledge, except facts stated as based on information and belief; as to facts so stated, I believe these to be true.

2.      I am counsel of record for the plaintiffs in this case.

3.      I am informed and believe that several of the named defendants have been served. While the proofs of service have not yet been provided, e-mail confirmations from the process server were received by me last week.

4.      I needed additional time to examine records requested under both state and federal Freedom of Information Acts (FOIA) on behalf of the plaintiffs before this action could be served and issues joined.  Many requests did not result in the production of any records, and Plaintiffs later sought information from several agencies to which requests had not previously been directed.  While I filed this action in good faith, there are a number of issues that needed to be addressed by these records.  The attorney-client privilege and the doctrine of attorney work-product protect these things from disclosure.

/ / /

1    5.    Therefore, I request the initial CMC be continued to Wednesday, March 19, 2008,

2    at 2:30 p.m., or April 2, 2008, at 2:30 p.m.  I am not available the week of March 24, 2008.  At

3    this juncture, Plaintiffs are not requesting additional time to serve the amended complaint.

4    I, Russell A. Robinson, hereby declare under penalty of perjury and under the laws of the

5    State of California, that the above is true and correct.

6

7    Date:    January 25, 2008                    _____/s/Russell A. Robinson_____

8                                                 By:    Russell A. Robinson
                                                 Law Office of Russell A. Robinson, APC
                                                 Counsel for Plaintiffs
9                                                SHERRILL FOSTER, HOWARD FOSTER, SHEILA
                                                 BURTON, and MINNIE BURTON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26    *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                    P003.ADMINMOTION
      ADMINISTRATIVE MOTION FOR CONTINUANCE
      OF INITIAL CASE MANAGEMENT CONFERENCE;
      DECLARATION OF COUNSEL                    - 4 -