Russell A. Robinson (163937)
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:     (415) 255-0462
Facsimile:     (415) 431-4526

Attorneys for Plaintiffs
SHERRILL FOSTER, HOWARD FOSTER,
SHEILA BURTON, and MINNIE BURTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, <br><br> Plaintiffs, <br><br> v. <br><br> SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100, <br><br> Defendants. | ) No.     C-07-5445-EMC <br> ) <br> ) **[Proposed] ORDER GRANTING** <br> ) **ADMINISTRATIVE MOTION FOR** <br> ) **CONTINUANCE OF INITIAL CASE** <br> ) **MANAGEMENT CONFERENCE** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The administrative motion of Plaintiffs SHERRILL FOSTER, HOWARD FOSTER,

SHEILA BURTON, and MINNIE BURTON was duly considered by the Court in this matter.

Good cause appearing, the Court hereby orders as follows:

The initial case management conference is hereby continued to Wednesday, _____

2008, at 2:30 p.m.  The parties are ordered to file a joint case management conference statement

on or before _____ 2008.

**IT IS SO ORDERED.**

Date:   January __, 2008          _____

HONORABLE EDWARD M. CHEN