1   Russell A. Robinson (163937)
    Law Office of Russell A. Robinson, APC
2   345 Grove Street, First Floor
    San Francisco CA 94102
3   Telephone:    (415) 255-0462
    Facsimile:    (415) 431-4526
4
    Attorneys for Plaintiffs
5   SHERRILL FOSTER, HOWARD FOSTER,
    SHEILA BURTON, and MINNIE BURTON
6

7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10  SHERRILL FOSTER, HOWARD FOSTER,       ) No.    C-07-5445-EMC
    SHEILA BURTON, and MINNIE BURTON,     )
11                                        ) [Proposed] ORDER GRANTING
              Plaintiffs,                 ) ADMINISTRATIVE MOTION FOR
12                                        ) CONTINUANCE OF INITIAL CASE
    v.                                    ) MANAGEMENT CONFERENCE
13                                        )
    SHANNON EDMONDS, LORI TYLER,          )
14  COUNTY OF LAKE, CITY OF CLEARLAKE,    )
    and DOES 1-100,                       )
15                                        )
              Defendants.                 )
16  _____ )

17          The administrative motion of Plaintiffs SHERRILL FOSTER, HOWARD FOSTER,

18  SHEILA BURTON, and MINNIE BURTON was duly considered by the Court in this matter.

19  Good cause appearing, the Court hereby orders as follows:

20          The initial case management conference is hereby continued to Wednesday, March 19
    1:30 p.m.
21  2008, at 2:30 p.m.  The parties are ordered to file a joint case management conference statement

22  on or before _____ March 12 2008.

23          IT IS SO ORDERED.

24  Date:   January 28 2008                                        _____

25                                                                 HON.                    CHEN

26  Foster, et al., v. Edmonds, et al. (No. C-07-5445-EMC                                   P004.ORDER
    [Proposed] ORDER GRANTING ADMINISTRATIVE MOTION
    FOR CONTINUANCE OF INITIAL CMC

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen