1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:    (415) 255-0462
   Facsimile:    (415) 431-4526
4
   Attorneys for Plaintiffs
5  SHERRILL FOSTER, HOWARD FOSTER,
   SHEILA BURTON, and MINNIE BURTON

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | SHERRILL FOSTER, HOWARD FOSTER,      ) No.    C-07-5445-EMC
   | SHEILA BURTON, and MINNIE BURTON,    )
11 |                                      ) **[Proposed] ORDER GRANTING**
   |          Plaintiffs,                 ) **ADMINISTRATIVE MOTION FOR**
12 |                                      ) **SECOND CONTINUANCE OF INITIAL**
   | v.                                   ) **CASE MANAGEMENT CONFERENCE**
13 |                                      )
   | SHANNON EDMONDS, LORI TYLER,         )
14 | COUNTY OF LAKE, CITY OF CLEARLAKE,   )
   | and DOES 1-100,                      )
15 |                                      )
   |          Defendants.                 )
16 | _____ )

17

18

19         The administrative motion of Plaintiffs SHERRILL FOSTER, HOWARD FOSTER,

20  SHEILA BURTON, and MINNIE BURTON was duly considered by the Court in this matter.

21  Good cause appearing, the Court hereby orders as follows:

22         The initial case management conference is hereby continued to Wednesday, May ___,

23  2008, at ____ p.m.  Plaintiffs shall be given leave to complete service on all defendants on or

24  before March 21, 2008.  The parties are ordered to file a joint case management conference

25

26
    _____
    *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                           P006.ORDER
    [Proposed] ORDER GRANTING ADMINISTRATIVE MOTION
    FOR SECOND CONTINUANCE OF INITIAL CMC         - 1 -

1  statement on or before _____ 2008.

2  **IT IS SO ORDERED.**

3

4  Date:   March __, 2008

    _____
    HONORABLE EDWARD M. CHEN

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26