1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:    (415) 255-0462
   Facsimile:     (415) 431-4526
4
   Attorneys for Plaintiffs
5  SHERRILL FOSTER, HOWARD FOSTER,
   SHEILA BURTON, and MINNIE BURTON
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10 SHERRILL FOSTER, HOWARD FOSTER,     ) No.    C-07-5445-EMC
   SHEILA BURTON, and MINNIE BURTON,   )
11                                     ) **PROOFS OF SERVICE ON CERTAIN**
         Plaintiffs,                   ) **NAMED DEFENDANTS**
12                                     )
   v.                                  ) [Jury Trial Demanded]
13                                     )
   SHANNON EDMONDS, LORI TYLER,        )
14 COUNTY OF LAKE, CITY OF CLEARLAKE,  )
   and DOES 1-100,                     )
15                                     )
         Defendants.                   )
16 _____)

17     TO THE CLERK OF THE COURT IN THE ABOVE MATTER:

18     PLEASE ACCEPT FOR FILING the attached Proofs of Service, showing that

19 Defendants Shannon Edmonds and Lori Tyler were served with Summons, First Amended

20 Complaint, and related materials on December 23, 2007.

21

22 Date:   March 11, 2008            /s/Russell A. Robinson
                                  By:    Russell A. Robinson
23                                Law Office of Russell A. Robinson, APC
                                  Counsel for Plaintiffs
24                                SHERRILL FOSTER, HOWARD FOSTER, SHEILA
                                  BURTON, and MINNIE BURTON
25

26

---

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                                    P009.POS
PROOFS OF SERVICE ON CERTAIN NAMED DEFENDANTS    - 1 -