1 | Russell A. Robinson (163937)
Law Office of Russell A. Robinson, APC
2 | 345 Grove Street, First Floor
San Francisco CA 94102
3 | Telephone:   (415) 255-0462
Facsimile:    (415) 431-4526
4 |
Attorneys for Plaintiffs
5 | SHERRILL FOSTER, HOWARD FOSTER,
SHEILA BURTON, and MINNIE BURTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, | ) No.   C-07-5445-EMC ) |
| Plaintiffs, | ) **PROOFS OF SERVICE ON CERTAIN** ) **NAMED DEFENDANTS** ) |
| v. | ) [Jury Trial Demanded] ) |
| SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100, | ) ) ) ) |
| Defendants. | ) ) |

TO THE CLERK OF THE COURT IN THE ABOVE MATTER:

PLEASE ACCEPT FOR FILING the attached Proofs of Service, showing that Defendants Shannon Edmonds and Lori Tyler were served with Summons, First Amended Complaint, and related materials on December 23, 2007.

Date:  March 11, 2008            /s/Russell A. Robinson
                                 By:   Russell A. Robinson
                                 Law Office of Russell A. Robinson, APC
                                 Counsel for Plaintiffs
                                 SHERRILL FOSTER, HOWARD FOSTER, SHEILA
                                 BURTON, and MINNIE BURTON

---

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)
PROOFS OF SERVICE ON CERTAIN NAMED DEFENDANTS   - 1 -                                    P009.POS

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| rusell a. robinson, 163937<br>L/O OF RUSSELL ROBINSON<br>345 Grove Street<br>San Francisco, CA 94102<br>TELEPHONE NO.: (415) 255-0462    FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States District Court
STREET ADDRESS: 450 Golden gate ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of Cal.

PLAINTIFF/PETITIONER: SHERRIL FOSTER, HOWARD FOSTER et al
DEFENDANT/RESPONDENT: SHANNON EDMONDS et al

CASE NUMBER: C075445-EMC

PROOF OF SERVICE OF SUMMONS

Ref. No. or File No.: 07-Foster

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [ ] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* First amended complaint, notice of CMC and Lis Pendens

3. a. Party served (specify name of party as shown on documents served):

   SHANNON EDMONDS

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*

4. Address where the party was served: 2922 11TH ST, CLEARLAKE, CA 95422

5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 12/23/7    (2) at (time): 6:46 a.m.
   b. [ ] by substituted service. On (date):    at (time):    I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on *(date):*    from *(city):*    **or** [ ] a declaration of mailing is attached.
      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
POS-010 [Rev. January 1, 2007]

PROOF OF SERVICE OF SUMMONS

Code of Civil Procedure, § 417.10

www.accesslaw.com

| PLAINTIFF/PETITIONER: Foster | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Edmonds | C075445-EMC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on (date):                                  (2) from (city):

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify)*:
   under the following Code of Civil Procedure section:
   
   ☐ 416.10 (corporation)             ☐ 415.95 (business organization, form unknown)
   ☐ 416.20 (defunct corporation)     ☐ 416.60 (minor)
   ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
   ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
   ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                      ☐ other:

7. **Person who served papers**
   a. Name: Johnny Silva
   b. Address: 156 San Bruno Ave. W, San Bruno, CA 94066
   c. Telephone number: (650) 616-0074
   d. **The fee** for service was: $100.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☑ owner   ☐ employee   ☐ independent contractor.
         (ii) Registration No.: 427
         (iii) County: San Mateo

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 1/25/8

Johnny Silva
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    ▶ *(signature)*   (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): <br> rusell a. robinson, 163937 <br> L/O OF RUSSELL ROBINSON <br> 345 Grove Street <br> San Francisco, CA 94102 <br> TELEPHONE NO.: (415) 255-0462  FAX NO. (Optional): <br> E-MAIL ADDRESS (Optional): <br> ATTORNEY FOR (Name): Plaintiffs | FOR COURT USE ONLY |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States District Court <br> STREET ADDRESS: 450 Golden gate ave. <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: San Francisco, CA 94102 <br> BRANCH NAME: Northern District of Cal. | |
| PLAINTIFF/PETITIONER: SHERRIL FOSTER, HOWARD FOSTER et al <br> DEFENDANT/RESPONDENT: SHANNON EDMONDS et al | CASE NUMBER: <br> C075445-EMC |
| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: <br> 07-Foster |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [ ] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents):* First amended complaint, notice of CMC and Lis Pendens

3. a. Party served (specify name of party as shown on documents served):

   LORY TYLER

   b. [✓] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   SHANNON EDMONDS - fiance

4. Address where the party was served: 2922 11TH ST, CLEARLAKE, CA 95422

5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 12/23/7   (2) at (time): 6:46 a.m.
   b. [✓] by substituted service. On (date): 12/23/7   at (time): 6:47 a.m. I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [✓] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [✓] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date): 12/23/7   from (city): San Mateo, CA   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

Form Adopted for Mandatory Use <br> Judicial Council of California <br> POS-010 [Rev. January 1, 2007]   PROOF OF SERVICE OF SUMMONS   Code of Civil Procedure, § 417.10 <br> www.accesslaw.com

| PLAINTIFF/PETITIONER: Foster | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Edmonds | C075445-EMC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date):*                            (2) from *(city):*

    (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

  d. ☐ **by other means** *(specify means of service and authorizing code section):*

    ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
       under the following Code of Civil Procedure section:
         ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
         ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
         ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
         ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
         ☐ 416.50 (public entity)              ☐ 415.46 (occupant)
                                                    ☐ other:

7. **Person who served papers**
   a. Name: Johnny Silva
   b. Address: 156 San Bruno Ave. W, San Bruno, CA 94066
   c. Telephone number: (650) 616-0074
   d. **The fee** for service was: $30.00
   e. I am:
       (1) ☐ not a registered California process server.
       (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
       (3) ☑ a registered California process server:
           (i) ☑ owner   ☐ employee   ☐ independent contractor.
           (ii) Registration No.: 427
           (iii) County: San Mateo

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 1/25/8

Johnny Silva                                                  *[signature]*
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)       (SIGNATURE)

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| rusell a. robinson, 163937<br>L/O OF RUSSELL ROBINSON<br>345 Grove Street<br>San Francisco, CA 94102<br>TELEPHONE NO.: (415) 255-0462   FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF United States District Court
STREET ADDRESS: 450 Golden gate ave.
MAILING ADDRESS:
CITY AND ZIP CODE: San Francisco, CA 94102
BRANCH NAME: Northern District of Cal.

PLAINTIFF/PETITIONER: SHERRIL FOSTER, HOWARD FOSTER et al

DEFENDANT/RESPONDENT: SHANNON EDMONDS et al

| PROOF OF SERVICE OF SUMMONS | CASE NUMBER:<br>C075445-EMC |
|---|---|
| | Ref. No. or File No.:<br>07-Foster |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. [✓] summons
   b. [ ] complaint
   c. [✓] Alternative Dispute Resolution (ADR) package
   d. [ ] Civil Case Cover Sheet *(served in complex cases only)*
   e. [ ] cross-complaint
   f. [✓] other *(specify documents)*: First amended complaint, notice of CMC and Lis Pendens

3. a. Party served (specify name of party as shown on documents served):

   LORI TYLER aka "LORI RESHELL LAFERTY"

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:

4. Address where the party was served: 2100 CENTER VALLEY RD, WILLITS, CA 95490

5. I served the party (check proper box)
   a. [✓] by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 12/23/7   (2) at (time): 8:19 a.m.
   b. [ ] by substituted service. On (date):   at (time):   I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3):

      (1) [ ] (business) a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] (physical address unknown) a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [ ] I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on (date):   from (city):   or [ ] a declaration of mailing is attached.

      (5) [ ] I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | PROOF OF SERVICE OF SUMMONS | Code of Civil Procedure, § 417.10 |
|---|---|---|

www.accesslaw.com

| PLAINTIFF/PETITIONER: Foster | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Edmonds | C075445-EMC |

5. c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*    (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.*)* (Code Civ. Proc., § 415.30.)

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

   d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☑ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify):*
   c. ☐ as occupant.
   d. ☐ On behalf of *(specify):*
      under the following Code of Civil Procedure section:
      ☐ 416.10 (corporation)           ☐ 415.95 (business organization, form unknown)
      ☐ 416.20 (defunct corporation)   ☐ 416.60 (minor)
      ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
      ☐ 416.40 (association or partnership)  ☐ 416.90 (authorized person)
      ☐ 416.50 (public entity)         ☐ 415.46 (occupant)
                                       ☐ other:

7. **Person who served papers**
   a. Name: Johnny Silva
   b. Address: 156 San Bruno Ave. W, San Bruno, CA 94066
   c. Telephone number: (650) 616-0074
   d. **The fee** for service was: $100.00
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ a registered California process server:
         (i) ☑ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.: 427
         (iii) County: San Mateo

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: 1/25/8

Johnny Silva
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                    (SIGNATURE)