1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:    (415) 255-0462
   Facsimile:     (415) 431-4526
4
   Attorneys for Plaintiffs
5  SHERRILL FOSTER, HOWARD FOSTER,
   SHEILA BURTON, and MINNIE BURTON
6

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 SHERRILL FOSTER, HOWARD FOSTER,        ) No.    C-07-5445-EMC
   SHEILA BURTON, and MINNIE BURTON,      )
11                                        ) **PLAINTIFFS' MOTION TO ENTER**
        Plaintiffs,                       ) **DEFAULT AS TO DEFENDANTS**
12                                        ) **SHANNON EDMONDS AND LORI**
   v.                                     ) **TYLER; DECLARATION OF COUNSEL**
13                                        ) **IN SUPPORT**
   SHANNON EDMONDS, LORI TYLER,           ) **[FRCP RULE 55]**
14 COUNTY OF LAKE, CITY OF CLEARLAKE,     ) **[JURY TRIAL DEMANDED]**
   and DOES 1-100,                        ) Date:        April 23, 2008
15                                        ) Time:        10:30 a.m.
        Defendants.                       ) Courtroom:   C, 15th Floor
16 _____)

17 **I.    NOTICE OF MOTION AND MOTION TO ENTER DEFAULT**

18         TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

19         PLEASE TAKE NOTICE that on April 23, 2008, at 10:30 a.m., in Courtroom C, on the

20 15th Floor, at 450 Golden Gate Avenue, in San Francisco, California, Plaintiffs will move the

21 Court, pursuant to Federal Rules of Civil Procedure (FRCP), Rule 55, for entry of default as to

22 Defendants SHANNON EDMONDS and LORI TYLER.  Said defendants were served with

23 summons and first amended complaint on December 23, 2007.  Said Defendants failed to plead

24 or otherwise defend as provided by the Federal Rules of Civil Procedure.

25

26 *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                          P010MOTDEF
   PLAINTIFFS' MOTION TO ENTER DEFAULT AS TO
   DEFENDANTS SHANNON EDMONDS AND LORI TYLER;
   DECLARATION OF COUNSEL IN SUPPORT                    - 1 -

1    Therefore, default as to these two defendants should be entered under FRCP, Rule 55.

2

3    Date: March 12, 2008                              /s/  Russell A. Robinson
                                                Law Office of Russell A. Robinson
4                                               Attorneys for Plaintiffs
                                                SHERRILL FOSTER, HOWARD FOSTER,
5                                               SHEILA BURTON, and MINNIE BURTON

6

7    **II.    DECLARATION OF COUNSEL**

8         I, Russell A. Robinson, hereby declare as follows:

9         1.    I am Plaintiff's counsel in this matter.  I am admitted to practice before all courts

10   in the State of California and have been admitted in the Northern District of California (USDC)

11   since 1993.  The below true and correct facts are based on my own personal knowledge, except

12   facts stated as based on information and belief; as to facts so stated, I believe these to be true.

13        2.    This case was filed on October 24, 2007.  On December 7, 2007, I caused to be

14   filed on behalf of Plaintiffs the first amended complaint.

15        3.    Defendants Shannon Edmonds and Lori Tyler, aka "Lori Reshel Laferty", had

16   been difficult to serve with summons and complaint.  I am informed and believe they were

17   elusive and protected by members of Lake County law enforcement because of the controversial

18   prosecution for murder of the young black man who did not kill Christian Foster and Rashad

19   Williams; that is, the white Shannon Edmonds, he who actually killed Christian Foster and

20   Rashad Williams, is the prosecution's primary witness in the case against Renato Hughes.

21   Additionally, I am informed and believe that Shannon Edmonds and Lori Tyler, who were

22   purportedly engaged on December 7, 2005 [the date of the two murders], may have separated

23   and moved around in the Clearlake-Willits area.

24

25

26   *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                          P010MOTDEF
     PLAINTIFFS' MOTION TO ENTER DEFAULT AS TO
     DEFENDANTS SHANNON EDMONDS AND LORI TYLER;
     DECLARATION OF COUNSEL IN SUPPORT                    - 2 -

1         3.     I am informed and believe that both Edmonds and Tyler were in fact served in

2    this case with summons, first amended complaint, notice of case management conference

3    statement, and lis pendens on December 23, 2007, in Clearlake, California [Edmonds and

4    substituted service of Tyler], and in Willits, California [personal service of Tyler].

5         4.     I am informed and believe that Edmonds and Tyler will not be defended by the

6    other defendants in this action.

7         5.     To date, neither Edmonds nor Tyler have contacted my office.  They have not

8    answered, and they have failed to plead or otherwise defend as provided by the Federal Rules of

9    Civil Procedure.  Therefore, Plaintiffs respectfully request that default against Defendants

10   Shannon Edmonds and Lori Tyler, aka "Lori Reshel Laferty", be entered by the Court.

11        6.     True and correct copies of the proofs of service of summons and first amended

12   complaint are attached hereto.

13        I, Russell A. Robinson, hereby declare under penalty of perjury and under the laws of the

14   State of California, that the above is true and correct.

15

16

17

18   Date:  <u>March 12, 2008</u>        <u>/s/Russell A. Robinson</u>

19                                         By:     Russell A. Robinson
                                      Law Office of Russell A. Robinson, APC

20                                         Counsel for Plaintiffs
                                      SHERRILL FOSTER, HOWARD FOSTER, SHEILA
                                      BURTON, and MINNIE BURTON

21

22

23

24

25

26   *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                        P010MOTDEF
     PLAINTIFFS' MOTION TO ENTER DEFAULT AS TO
     DEFENDANTS SHANNON EDMONDS AND LORI TYLER;
     DECLARATION OF COUNSEL IN SUPPORT         - 3 -

1  *Foster, et al., v. Edmonds, et al. (No. C-07-5445-EMC)*

2  <u>PROOF OF SERVICE</u>

3       I am over the age of eighteen years and not a party to the within action.  I am employed at
and my business is 345 Grove Street, San Francisco, California 94102.  On March 12, 2008, I
4  served the following document(s):

5  **PLAINTIFFS' MOTION TO ENTER DEFAULT AS TO DEFENDANTS SHANNON
EDMONDS AND LORI TYLER; DECLARATION OF COUNSEL IN SUPPORT**

6

7  **__X__  BY MAIL: I served a true copy of each of the above named document(s) by mail by
placing same in a sealed envelope fully prepaying postage thereon, and depositing
said envelope in the U.S Mail at San Francisco, California.  Said envelope was
8  addressed as shown below.**

9  _____  BY PERSONAL SERVICE: I personally served by hand a true copy of the above named
document(s) upon those listed below.

10

11  _____  BY FACSIMILE TRANSMISSION: I served the above named document(s) by facsimile
upon Respondent at the address and number listed below.

12       The envelope addressed, and/or the number dialed, were as follows:

13  Shannon Edmonds                                    Lori Tyler, aka "Lori Reshel Tyler"
2922 11th Street                                        P.O. Box 1548
14  Clearlake CA 95422                                  Willits CA 95490
(Defendant)                                          (Defendant)
15
Lori Tyler, aka "Lori Reshel Tyler"            Lori Tyler, aka "Lori Reshel Tyler"
16  2922 11th Street                                        P.O. Box 463
Clearlake CA 95422                                  Boonville CA 95415
17  (Defendant)                                          (Defendant)

18  Lori Tyler, aka "Lori Reshel Tyler"            Shannon Edmonds
2100 Center Valley Road                            P.O. Box 171
19  Willits CA 95490                                     Boonville CA 95415
(Defendant)                                          (Defendant)
20

21       I declare under penalty of perjury that the above is true and correct.  Executed at San
Francisco, California, on March 12, 2008.
22

23  _____/s/  Rosemary Hernandez_____
Rosemary Hernandez

24

25

26