1  Russell A. Robinson (163937)
   Law Office of Russell A. Robinson, APC
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  Telephone:    (415) 255-0462
   Facsimile:    (415) 431-4526
4
   Attorneys for Plaintiffs
5  SHERRILL FOSTER, HOWARD FOSTER,
   SHEILA BURTON, and MINNIE BURTON

                    UNITED STATES DISTRICT COURT

                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, | No.   C-07-5445-EMC |
| Plaintiffs, | [Proposed] ORDER GRANTING ADMINISTRATIVE MOTION FOR SECOND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100, | |
| Defendants. | |

The administrative motion of Plaintiffs SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON was duly considered by the Court in this matter. Good cause appearing, the Court hereby orders as follows:

The initial case management conference is hereby continued to Wednesday, May 7, 2008, at 1:30 p.m. Plaintiffs shall be given leave to complete service on all defendants on or before March 21, 2008. The parties are ordered to file a joint case management conference

---

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                                                        P006.ORDER
[Proposed] ORDER GRANTING ADMINISTRATIVE MOTION
FOR SECOND CONTINUANCE OF INITIAL CMC                  - 1 -

1  statement on or before  April 30,  2008.

2    **IT IS SO ORDERED.**

3

4  Date:   March 13, 2008

5                                     _____
                                      HONORABLE 

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)                                    P006.ORDER
[Proposed] ORDER GRANTING ADMINISTRATIVE MOTION
FOR SECOND CONTINUANCE OF INITIAL CMC           - 2 -

Case 3:07-cv-05445-WHA   Document 13   Filed 03/13/2008   Page 2 of 2