Russell A. Robinson (163937)
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:    (415) 255-0462
Facsimile:    (415) 431-4526

Attorneys for Plaintiffs
SHERRILL FOSTER, HOWARD FOSTER,
SHEILA BURTON, and MINNIE BURTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, <br><br>Plaintiffs,<br><br>v.<br><br>SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100,<br><br>Defendants. | No.   C-07-5445-EMC<br><br>**NOTICE OF ENTRY OF DEFAULT AS TO DEFENDANTS SHANNON EDMONDS AND LORI TYLER**<br>**[FRCP RULE 55]**<br>**[JURY TRIAL DEMANDED]** |

TO THE COURT AND TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on March 20, 2008, the Clerk in the above matter entered default of Defendants SHANNON EDMONDS and LORI TYLER.

Date:  March 20, 2008                    /s/  Russell A. Robinson
                                         Law Office of Russell A. Robinson
                                         Attorneys for Plaintiffs
                                         SHERRILL FOSTER, HOWARD FOSTER,
                                         SHEILA BURTON, and MINNIE BURTON

---

*Foster, et al., v. Edmonds, et al. (No. C-07-5445-EMC)*

<u>PROOF OF SERVICE</u>

I am over the age of eighteen years and not a party to the within action. I am employed at and my business is 345 Grove Street, San Francisco, California 94102. On March 20, 2008, I served the following document(s):

**NOTICE OF ENTRY OF DEFAULT AS TO DEFENDANTS SHANNON EDMONDS AND LORI TYLER**

**__X__  BY MAIL: I served a true copy of each of the above named document(s) by mail by placing same in a sealed envelope fully prepaying postage thereon, and depositing said envelope in the U.S Mail at San Francisco, California. Said envelope was addressed as shown below.**

_____  BY PERSONAL SERVICE: I personally served by hand a true copy of the above named document(s) upon those listed below.

_____  BY FACSIMILE TRANSMISSION: I served the above named document(s) by facsimile upon Respondent at the address and number listed below.

The envelope addressed, and/or the number dialed, were as follows:

| | |
|---|---|
| Shannon Edmonds<br>2922 11th Street<br>Clearlake CA 95422<br>(Defendant) | Lori Tyler, aka "Lori Reshel Raferty"<br>P.O. Box 1548<br>Willits CA 95490<br>(Defendant) |
| Lori Tyler, aka "Lori Reshel Raferty"<br>2922 11th Street<br>Clearlake CA 95422<br>(Defendant) | Lori Tyler, aka "Lori Reshel Raferty"<br>P.O. Box 463<br>Boonville CA 95415<br>(Defendant) |
| Lori Tyler, aka "Lori Reshel Raferty"<br>2100 Center Valley Road<br>Willits CA 95490<br>(Defendant) | Shannon Edmonds<br>P.O. Box 171<br>Boonville CA 95415<br>(Defendant) |

I declare under penalty of perjury that the above is true and correct. Executed at San Francisco, California, on March 20, 2008.

                                           /s/ Rosemary Hernandez
                                           Rosemary Hernandez

**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

March 20, 2008

RE:  CV 07-05445 EMC        SHERRILL FOSTER-v- SHANNON EDMONDS

Default is **entered** as to defendants Shannon Edmonds and Lori Tyler on March 20, 2008.

RICHARD W. WIEKING, Clerk

by: Sheila Rash
Case Systems Administrator

NDC TR-4  Rev. 3/89