1 | Russell A. Robinson (163937)
Law Office of Russell A. Robinson, APC
2 | 345 Grove Street, First Floor
San Francisco CA 94102
3 | Telephone:   (415) 255-0462
Facsimile:   (415) 431-4526
4 |
Attorneys for Plaintiffs
5 | SHERRILL FOSTER, HOWARD FOSTER,
SHEILA BURTON, and MINNIE BURTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, | ) No.   C-07-5445-EMC |
|---|---|
| Plaintiffs, | ) **PROOFS OF SERVICE ON MUNICIPAL DEFENDANTS** |
| v. | ) [Jury Trial Demanded] |
| SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100, | ) |
| Defendants. | ) |

TO THE CLERK OF THE COURT IN THE ABOVE MATTER:

PLEASE ACCEPT FOR FILING the attached Proofs of Service, showing that Defendants City of Clearlake and County of Lake were served with Summons, First Amended Complaint, and related materials on March 21, 2008.

Date:   March 31, 2008           /s/Russell A. Robinson
                                 By:   Russell A. Robinson
                                 Law Office of Russell A. Robinson, APC
                                 Counsel for Plaintiffs
                                 SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON

---

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-EMC)
PROOFS OF SERVICE ON MUNICIPAL DEFENDANTS     - 1 -                                P012.POS

| ATTORNEY, OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RUSSELL A. ROBINSON<br>LAW OFFICE<br>345 GROVE STREET, 1ST FLOOR<br>SAN FRANCISCO, CA 94102 | (415) 255-0462 | |
| ATTORNEY FOR (NAME): SHERRILL FOSTER, ET AL | REFERENCE NUMBER<br>0F262059-02 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
SHERRILL FOSTER, ET AL vs. SHANNON EDMONDS, ET AL

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C075445EMC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT; PLAINTIFFS' CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; PLAINTIFFS' MOTION TO ENTER DEFAULT AS TO DEFENDANTS SHANNON EDMONDS AND LORI TYLER; DECLARATION OF COUNSEL IN SUPPORT; ORDER GRANTING ADMINISTRATIVE MOTION FOR SECOND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

**Name:** CITY OF CLEARLAKE

**Person Served:** MELISSA SWANSON
**Title:** CITY CLERK

**Date of Delivery:** 03/21/08
**Time of Delivery:** 03:13 pm

**Place of Service:** 14050 OLYMPIC DRIVE
CLEARLAKE, CA 95422              (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 83.00

---

[X] Registered: LAKE County,
Number: 42

Attorney's Diversified Services
3640 Grand Ave. Suite 206
OAKLAND, CA 94610
(510) 835-9176
30B/0F262059-02

CLIENT FILE # FOSTER V. EDMONDS

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: March 25, 2008
at: SANTA ROSA, California.

Signature: _____
Name: SUSAN STUTSMAN
Title: REGISTERED PROCESS SERVER

PROOF OF SERVICE

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| RUSSELL A. ROBINSON<br>LAW OFFICE<br>345 GROVE STREET, 1ST FLOOR<br>SAN FRANCISCO, CA  94102 | (415) 255-0462 | |
| ATTORNEY FOR (NAME):  SHERRILL FOSTER, ET AL | REFERENCE NUMBER<br>0F262059-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, CALIFORNIA
SAN FRANCISCO, CA 94102

SHORT NAME OF CASE
SHERRILL FOSTER, ET AL vs. SHANNON EDMONDS, ET AL

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>C075445EMC |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

**I served the:**
SUMMONS IN A CIVIL CASE; FIRST AMENDED COMPLAINT; PLAINTIFFS' CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE; PLAINTIFFS' MOTION TO ENTER DEFAULT AS TO DEFENDANTS SHANNON EDMONDS AND LORI TYLER; DECLARATION OF COUNSEL IN SUPPORT; ORDER GRANTING ADMINISTRATIVE MOTION FOR SECOND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

**Name:** COUNTY OF LAKE

**Person Served:** GEORGINE HUNT
**Title:** ASSISTANT CLERK OF THE BOARD

**Date of Delivery:** 03/21/08
**Time of Delivery:** 10:45 am

**Place of Service:** 255 NORTH FORBES STREET
LAKEPORT, CA 95453            (Business)

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:**  [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 83.00

[X] Registered: LAKE County,
Number: 42

Attorney's Diversified Services
3640 Grand Ave. Suite 206
OAKLAND, CA 94610
(510) 835-9176
30B/0F262059-01

CLIENT FILE # FOSTER V. EDMONDS

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: March 25, 2008
at: SANTA ROSA, California.

Signature: [signature]
Name: SUSAN STUTSMAN
Title: REGISTERED PROCESS SERVER

PROOF OF SERVICE