MARK F. HAZELWOOD, SBN 136521
DIRK D. LARSEN, SBN 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CITY OF CLEARLAKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,<br><br>Plaintiffs,<br><br>v.<br><br>SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100,<br><br>Defendants. | Case No.: C-07-5445-EMC<br><br>[PROPOSED] ORDER GRANTING DEFENDANT CITY OF CLEARLAKE'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT (F.R.C.P. 12(b)(6)), OR IN THE ALTERNATIVE, MOTION FOR MORE DEFINITE STATEMENT (F.R.C.P. 12(e))<br><br>Date:       May 21, 2008<br>Time:      10:30 a.m.<br>Courtroom: C, 15th Floor<br><br>Judge:     Hon. Edward M. Chen |

The motion of defendant CITY OF CLEARLAKE ("Defendant") to dismiss plaintiffs SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON and MINNIE BURTON's ("Plaintiffs") First Amended Complaint based on failure to state a claim under F.R.C.P. Rule 12(b)(6), or in the alternative, for a more definite statement pursuant to F.R.C.P. 12(e), came on for hearing on May 21, 2008, at 10:30 a.m., in Courtroom C of the above-entitled court before the Honorable Edward M. Chen.

The Court, having considered the papers and arguments submitted in support of and in opposition to the motion, and after oral argument, finds that Plaintiffs' First Amended Complaint, filed

1 | on December 7, 2007, fails to state any claim against Defendant for which relief can be granted.
2 | The Court therefore ORDERS that all claims against the CITY OF CLEARLAKE be dismissed
3 | with prejudice in their entirety.
4 | IT IS SO ORDERED.

Dated: _____

HON. EDWARD M. CHEN
U.S. MAGISTRATE JUDGE

-2-
[PROPOSED] ORDER

J:\1427\sf0002\Pld\P-MTD-pord.wpd                                                         C-07-5445-EMC