**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant COUNTY OF LAKE

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, <br><br> Plaintiff, <br><br> vs. <br><br> SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE; CITY OF CLEARLAKE, and DOES 1 through 100, <br><br> Defendants | Case No.: C-07-5445 EMC <br><br> **DEFENDANT LAKE COUNTY'S, NOTICE OF MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)** <br><br> DATE:  May 21, 2008 <br> TIME:  10:30 a.m. <br> CTRM:  C |

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

Notice is hereby given that on the above-noted date at the stated time and in the designated courtroom, Defendant COUNTY OF LAKE, by and through their attorneys of record, will move this court for dismissal of the First Amended Complaint of Plaintiffs SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON (hereinafter collectively "Plaintiffs") pursuant to Fed.R.Civ.P. 12 (b)(6) on the following grounds:

1. Plaintiffs fail to state a claim upon which relief may be granted for Monell-type liability against the COUNTY OF LAKE pursuant to 42 U.S.C. section 1983 arising from alleged violation(s) of the Ninth Amendment;

2. Plaintiffs fail to state a claim upon which relief may be granted for Monell-type liability against the COUNTY OF LAKE pursuant to 42 U.S.C. section 1983 arising from alleged violation(s) of the Fourth Amendment;

3. Plaintiffs fail to state a claim upon which relief may be granted for Monell-type liability against the COUNTY OF LAKE pursuant to 42 U.S.C. section 1983 arising from alleged violation(s) of the Fourteenth Amendment;

4. Plaintiffs fail to state a claim upon which relief may be granted for Monell-type liability against the COUNTY OF LAKE pursuant to 42 U.S.C. section 1983 arising from any post-death conduct because such was not the proximate cause of any constitutional injury;

5. Assuming the court dismisses the federal claims, Defendants request the court decline to exercise supplemental jurisdiction over the state-based claims;

6. Assuming the court retains jurisdiction over the state-based claims, Plaintiffs fail to state a claim upon which relief may be granted for failure to allege compliance with the California Claims Act, California Government Code sections 900 et seq.

The Motion to Dismiss is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities in support thereof, Request for Judicial Notice in support thereof, the entire court file and any other pleadings or evidence which may be presented at the time of the hearing.

Respectfully submitted,

Dated: April 10, 2008          PORTER SCOTT
                               A PROFESSIONAL CORPORATION

                                    /s/ John R. Whitefleet
                               By _____
                                    Terence J. Cassidy
                                    John R. Whitefleet
                                    Attorney for Defendant
                                    COUNTY OF LAKE