1  **PORTER | SCOTT**
   A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 099180
   John R. Whitefleet, SBN 213301
3  350 University Avenue, Suite 200
   Sacramento, California 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   Attorneys for Defendant COUNTY OF LAKE
6

7

8                       **UNITED STATES DISTRICT COURT**

9                       **NORTHERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| 12  SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, | Case No.: C-07-5445 EMC |
| 13  Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT LAKE COUNTY'S, MOTION TO DISMISS PURSUANT TO F.R.C.P. RULE 12(b)(6)** |
| 14 | |
| 15  vs. | |
| 16  SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE; CITY OF CLEARLAKE, and DOES 1 through 100, | DATE:  May 21, 2008<br>TIME:  10:30 a.m.<br>CTRM:  C |
| 17 | |
| 18  Defendants | |
| 19  _____/ | |

20      The motion of Defendant COUNTY OF LAKE to dismiss Plaintiffs SHERRILL

21  FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON'S (hereinafter

22  collectively "Plaintiffs") First Amended Complaint based on failure to state a claim under

23  Fed.R.Civ.P. 12 (b)(6) came on for regularly hearing on May 21, 2008, at 10:30 a.m., in

24  Courtroom C of the above-entitled Court before the Honorable Edward M. Chen.

25      The Court, having considered the papers and arguments submitted in support of and

26  in opposition to the motion, and after oral argument, finds that Plaintiffs' First Amended

27  Complaint, filed on December 7, 2007, fails to state any claims against Defendant for which

28  relief can be granted.

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**[PROPOSED] ORDER GRANTING DEFENDANT LAKE COUNTY'S, MTD**
00575001.WPD

1  The Court, therefore, ORDERS that Defendant COUNTY OF LAKE'S Motion to
2  Dismiss is hereby granted, and all claims against the COUNTY OF LAKE be dismissed with
3  prejudice in their entirety.
4  IT IS SO ORDERED.

6  Dated: _____                    _____
                                             Hon. Edward M. Chen
7                                            U.S. Magistrate Judge

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com