MARK F. HAZELWOOD, SBN 136521
DIRK D. LARSEN, SBN 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CITY OF CLEARLAKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, <br><br> Plaintiffs, <br><br> v. <br><br> SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100, <br><br> Defendants. | Case No.: C-07-5445-EMC <br><br> DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 14, 2008

LOW, BALL & LYNCH

By _[signature]_
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendant
CITY OF CLEARLAKE

-1-
DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT
TO A UNITED STATES DISTRICT JUDGE

J:\1427\sf0002\Pld\P-Decline.mag.wpd                                                                                         C-07-5445-EMC