STEPHEN F. O'NEILL, SBN 62317
MARGARET S. FLYNN, SBN 130815
TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation
100 Stony Point Road, Suite 270
Santa Rosa, CA 95401
Telephone:   (707) 576-1380
Facsimile:   (707) 544-3144

Attorneys for Defendant
SHANNON EDMONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,

Plaintiffs

v.

SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100,

Defendants.

Case No. C-07-5445-EMC WHA

STIPULATION TO SET ASIDE DEFAULT AS TO DEFENDANT SHANNON EDMONDS; ORDER

IT IS HEREBY STIPULATED between the plaintiffs, through their counsel, and defendant SHANNON EDMONDS that the default taken by plaintiffs against that defendant may be set aside, and defendant permitted to file an answer to the plaintiffs' complaint within 15 days of service of an order setting aside default entered against defendant SHANNON EDMONDS.

Dated: April 17, 2008            LAW OFFICES OF RUSSELL A. ROBINSON

                                 By /s/
                                 RUSSELL A. ROBINSON
                                 Attorney for Plaintiffs

Foster, et al., v. Edmonds, et al. (No. C-07-5445-EMC)
STIPULATION TO SET ASIDE DEFAULT AS TO
DEFENDANT SHANNON EDMONDS; ORDER          -1-

Dated: April ___, 2008

TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation

By _____
STEPHEN F. O'NEILL
Attorneys for Defendant
Shannon Edmonds

ORDER

GOOD CAUSE APPEARING THEREFORE, and it being stipulated between the plaintiffs and defendant SHANNON EDMONDS, it is hereby ordered that the default entered against defendant SHANNON EDMONDS herein may be and hereby is set aside, and defendant is permitted to file an answer to plaintiffs' complaint within 15 days of the date of service of notice of entry of this order.

Dated:

_____
Magistrate Judge ~~Edward M. Chen~~
William H. Alsup

*Foster, et al., v. Edmonds, et al. (No. C-07-5445-EMC)*
STIPULATION TO SET ASIDE DEFAULT AS TO
DEFENDANT SHANNON EDMONDS; ORDER      -2-