Russell A. Robinson (163937)
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:     (415) 255-0462
Facsimile:       (415) 431-4526

Attorneys for Plaintiffs
SHERRILL FOSTER, HOWARD FOSTER,
SHEILA BURTON, and MINNIE BURTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,<br><br>    Plaintiffs,<br><br>v.<br><br>SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100,<br><br>    Defendants. | No.    C-07-5445-WHA<br><br>**ADMINISTRATIVE MOTION TO SET ASIDE DEFAULTS OF DEFENDANTS SHANNON EDMONDS AND LORI TYLER; DECLARATION OF COUNSEL**<br><br>[Jury Trial Demanded]<br><br>Date:<br>Time: |

PLEASE TAKE NOTICE that Plaintiffs SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, by and through counsel, pursuant to Civil Local Rules (Civil LR), Rule 3-12(b), hereby move this Court as follows:

TO SET ASIDE DEFAULTS OF DEFENDANTS SHANNON EDMONDS AND LORI TYLER.

**DISCUSSION**

On about December 7, 2005, against CHRISTIAN DANTE FOSTER [the adult son of Sherrill Foster and Howard Foster] and RASHAD LARON MORRIS WILLIAMS [the adult son

of Sheila Burton and grandson of Minnie Burton] were killed by Shannon Edmonds in the County of Lake.  Edmonds and his then-fiancé, Lori Tyler, were never charged with the brutal murders of Christian and Rashad.  Plaintiffs are informed and believe Defendants Edmonds and Tyler were protected before December 7, 2005, and have been protected since December 7, 2005, by certain members of law enforcement in Lake County and the City of Clearlake.

Counsel for Plaintiffs, Russell A. Robinson, has reached separate, written agreements with attorneys who, on information and belief, will enter a general appearance on behalf of Defendants Shannon Edmonds and Lori Tyler; the clerk of the Court, at Plaintiffs' request, had previously entered default against both Edmonds and Tyler.

Therefore, Plaintiffs request that these defaults be set aside so that Edmonds and Tyler may answer the First Amended Complaint as agreed between the parties.

Date: April 18, 2008            /s/Russell A. Robinson
                                By:   Russell A. Robinson
                                Law Office of Russell A. Robinson, APC
                                Counsel for Plaintiffs
                                SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON

## DECLARATION

I, Russell A. Robinson, hereby declare as follows:

1. I am an attorney licensed to practice before all Courts in this State and admitted to practice in the Northern District of California.  The below true and correct facts are based on my own personal knowledge, except facts stated as based on information and belief; as to facts so stated, I believe these to be true.

2. I am counsel of record for the plaintiffs in this case.

3. On behalf of Plaintiffs, I reached separate, written agreements with attorneys who, on information and belief, will enter a general appearance on behalf of Defendants Shannon Edmonds and Lori Tyler; the clerk of the Court, at Plaintiffs' request, had previously entered default against both Edmonds and Tyler.

4. Therefore, Plaintiffs request that these defaults be set aside so that Edmonds and Tyler may answer the First Amended Complaint as agreed between the parties.

I, Russell A. Robinson, hereby declare under penalty of perjury and under the laws of the State of California, that the above is true and correct.

Date: April 18, 2008

      /s/Russell A. Robinson
By: Russell A. Robinson
Law Office of Russell A. Robinson, APC
Counsel for Plaintiffs
SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON

---

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-WHA)
ADMINISTRATIVE MOTION TO SET ASIDE DEFAULTS OF
DEFENDANTS SHANNON EDMONDS AND LORI TYLER;
DECLARATION OF COUNSEL

- 3 -

P020.ADMINMOTION