1   Russell A. Robinson (163937)
    Law Office of Russell A. Robinson, APC
2   345 Grove Street, First Floor
    San Francisco CA 94102
3   Telephone:    (415) 255-0462
    Facsimile:    (415) 431-4526
4
    Attorneys for Plaintiffs
5   SHERRILL FOSTER, HOWARD FOSTER,
    SHEILA BURTON, and MINNIE BURTON
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  SHERRILL FOSTER, HOWARD FOSTER,       ) No.    C-07-5445-WHA
    SHEILA BURTON, and MINNIE BURTON,     )
11                                        ) **[Proposed] ORDER GRANTING**
              Plaintiffs,                 ) **ADMINISTRATIVE MOTION, SETTING**
12                                        ) **ASIDE DEFAULTS AS TO DEFENDANTS**
    v.                                    ) **SHANNON EDMONDS AND LORI**
13                                        ) **TYLER**
    SHANNON EDMONDS, LORI TYLER, et al,   )
14                                        )
              Defendants.                 )
15  _____ )

16          The administrative motion of Plaintiffs SHERRILL FOSTER, HOWARD FOSTER,

17  SHEILA BURTON, and MINNIE BURTON was duly considered by the Court in this matter.

18  Good cause appearing, the Court hereby orders as follows:

19          These defaults previously entered against Defendants Shannon Edmonds and Lori Tyler

20  shall hereby be set aside.  Edmonds and Tyler shall then answer the First Amended Complaint as

21  agreed between counsel for the relevant parties.

22          **IT IS SO ORDERED.**

23

24  Date:   April __, 2008          _____
                                    HONORABLE WILLIAM H. ALSUP
25

26  *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-WHA)                    P021.ORDER
    [Proposed] ORDER GRANTING ADMINISTRATIVE MOTION,
    SETTING ASIDE DEFAULTS AS TO DEFENDANTS
    SHANNON EDMONDS AND LORI TYLER              - 1 -