DENNIS F. MORIARTY (STATE BAR NO. 37612)
JOSE A. MONTALVO (STATE BAR NO. 184484)
CESARI, WERNER and MORIARTY
360 Post Street, Fifth Floor
San Francisco CA 94108-4908
Telephone: 415-391-1113
Facsimile: 415-391-4626
dmoriarty@cwmlaw.com
jmontalvo@cwmlaw.com
5110-3-13
Attorneys for Defendant
LORI TYLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHIELA BURTON and MINNIE BURTON, <br><br>Plaintiffs,<br><br>vs.<br><br>SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100.<br><br>Defendants. | No. C-07-5445-WHA<br><br>**DEFENDANT LORI TYLER'S ANSWER TO FIRST AMENDED COMPLAINT and REQUEST FOR TRIAL BY JURY** |

COMES NOW defendant LORI TYLER, and for answer to the unverified First Amended Complaint of plaintiffs on file herein, admits, denies and alleges as follows:

This answering defendant denies each of the allegations contained in the First Amended Complaint as follows: Paragraphs 1, 3, 7, 8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 25 (a through d), 26, 27, 28, 29, 30, 31, (32 a through f), 33, 34, 35, 36, 37, 38, 39, 40, 41, 42, 43, 44, 45, , 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, and 58 (a through d).

Answering Paragraphs 2, 3, 4, 5, 5a., 6, 11, and (Paragraph 33 as to the other defendants), of the First Amended Complaint, this answering defendant is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in said paragraphs.

-1-

1  This answering defendant further denies that by reason of any act or acts, omission or omissions, fault, carelessness or negligence upon its part, plaintiffs sustained injuries, loss or damages of any kind or character in any part thereof, or in any sum whatsoever, or at all.

## AFFIRMATIVE DEFENSES

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that should plaintiffs recover damages against any defendant, said defendant is entitled to have the amount abated, reduced or eliminated to the extent plaintiff's decedents' negligence and/or others caused or contributed to their damages, if any.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that the alleged injuries and/or damages of which the plaintiffs complain results from negligence of all of the other defendants named herein or not named herein, and not from any negligence on behalf of this answering defendant.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs' actions are barred as it was untimely filed pursuant to the applicable statute of limitations, including but not limited to, Code of Civil Procedure sections 335, 335.1, 336, 337.1, 337.2, 337.3, 337.5, 337.6, 337.15, 338.1, 339, 339.5, 340, 340.1, 340.2, 340.3, 340.4, 340.5. 340.7, 340.9, 340.10, 340.15., which govern plaintiffs' claims against this defendant.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that the complaint fails to state a cause of action for which relief may be granted.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs decedents were actively negligent in and about the matter alleged in the complaint; that by reason of the premises, the complaint against this answering defendant is barred.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs have no capacity to bring the aforesaid action and that plaintiffs lack standing to pursue the action.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that punitive (and/or exemplary) damages are not warranted in this matter as defendant's action or inaction in this case was not fraudulent, malicious or oppressive or with conscious disregard for the health and safety of any individual.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs failed to mitigate their damages with respect to the subject matter of this lawsuit.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiff's claim is barred by reason of the fact that any award of punitive damages violated the contract clause, *Article 1*, section 10, of the *United States Constitution,* as well as the excessive fines clause of the Eighth Amendment, as well as the due process clause and equal protection clause of the Fourteenth Amendment of the *United States Constitution,* and the similar provisions of the *Constitution of the State of California.*

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs decedents hereto voluntarily and knowingly exposed themselves to known dangers and thereby assumed the risk of any injury or damages arising out of these known dangers.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs are barred from recovery herein by reason of laches in that there has been an unreasonable delay in filing this First Amended Complaint which has prejudiced this defendant.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs' claims are barred, in whole or in part, by plaintiffs' decedents' own conduct and plaintiffs' decedents involvement in the

matters about which they complain. Such conduct gives rise to estoppel and waiver, fraud and unclean hands.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant contends that she acted in good faith and complied with the regulatory processes and provisions of law, therefore, plaintiffs' claims and damages assertions are barred.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that the injuries and damages of which plaintiffs complain were proximately caused by the negligence and fault of plaintiffs decedents and/or others and without any fault or want of care on the part of this answering defendant or on the part of any person or persons for whose acts this answering defendant was or is legally responsible.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant denies that the plaintiffs properly served the Summons and First Amended Complaint as required by law, including but not limited to, Federal Rules of Civil Procedure, Rule 4, 4(m) therefore, plaintiffs' claims are barred in their entirety.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that she was not acting under the color of law with regard to allegations made by plaintiffs in the First Amended Complaint; therefore, plaintiffs' claims are barred in their entirety.

-4-

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that Plaintiffs' claims are barred because there is a lack of subject matter jurisdiction over this answering defendant.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that she was acting in self-defense of her person; therefore, plaintiffs' claims are barred in their entirety.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that she was acting in defense of others; therefore, plaintiffs' claims are barred in their entirety.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that she was acting in defense of her property; therefore, plaintiffs' claims are barred in their entirety.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that she was acting in defense of property of others; therefore, plaintiffs' claims are barred in their entirety.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that Plaintiffs' claims are barred on the basis of qualified immunity.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that she exercised her First Amendment right to freedom of speech; therefore, plaintiffs' claims are barred in their entirety.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs trespassed onto defendant's property without permission; therefore, plaintiffs' claims are barred in their entirety.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that the governmental defendants have a duty to defend this answering defendant pursuant to Government Code, including but not limited to sections 995 and 995.9; therefore, plaintiffs' claims are barred in their entirety.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that plaintiffs' claims are barred pursuant to Civil Code section 3333.3.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that any damages awarded to Plaintiffs should be offset by the damages caused to this answering defendant.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that declaratory relief should be granted as to the relationships which exists and/or existed between and among the defendants.

AS AND FOR A SEPARATE AND DISTINCT DEFENSE TO THE COMPLAINT ON FILE HEREIN, this answering defendant alleges that this defendant presently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated affirmative defenses, available. This defendant reserves herein the right to assert additional defenses in the event that discovery indicates that they would

//
//

ANSWER TO FIRST AMENDED COMPLAINT
C07-5445 WHA


be appropriate.

CESARI, WERNER and MORIARTY

April 18, 2008          By: /s/ _____
                            DENNIS F. MORIARTY
                            JOSE A. MONTALVO
                            ATTORNEYS FOR DEFENDANT LORI TYLER

### DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that defendant Lori Tyler hereby demands a trial by jury in this action pursuant to Federal Rule of Civil Procedure, Rule 38.

CESARI, WERNER and MORIARTY

April 18, 2008          By: _____
                            DENNIS F. MORIARTY
                            JOSE A. MONTALVO
                            ATTORNEYS FOR DEFENDANT LORI TYLER

ANSWER TO FIRST AMENDED COMPLAINT
C07-5445 WHA