1   Russell A. Robinson (163937)
    Law Office of Russell A. Robinson, APC
2   345 Grove Street, First Floor
    San Francisco CA 94102
3   Telephone:    (415) 255-0462
    Facsimile:    (415) 431-4526

4

    Attorneys for Plaintiffs
5   SHERRILL FOSTER, HOWARD FOSTER,
    SHEILA BURTON, and MINNIE BURTON

6

7

8                 UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10   SHERRILL FOSTER, HOWARD FOSTER,  ) No.    C-07-5445-WHA
     SHEILA BURTON, and MINNIE BURTON,  )
11                               ) **[Proposed]** ORDER GRANTING
             Plaintiffs,          ) **ADMINISTRATIVE MOTION, SETTING**
12                               ) **ASIDE DEFAULTS AS TO DEFENDANTS**
     v.                             ) **SHANNON EDMONDS AND LORI**
13                               ) **TYLER**
     SHANNON EDMONDS, LORI TYLER, et al,  )
14                               )
            Defendants.         )
15   _____ )

16         The administrative motion of Plaintiffs SHERRILL FOSTER, HOWARD FOSTER,

17   SHEILA BURTON, and MINNIE BURTON was duly considered by the Court in this matter.

18   Good cause appearing, the Court hereby orders as follows:

19         These defaults previously entered against Defendants Shannon Edmonds and Lori Tyler

20   shall hereby be set aside.  Edmonds and Tyler shall then answer the First Amended Complaint as

21   agreed between counsel for the relevant parties.

22       **IT IS SO ORDERED.**

23

24   Date:   April 21, 2008            _____
                             HONORABLE WILLIAM H. ALSUP

25

26   *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-WHA)                    P021.ORDER
     [Proposed] ORDER GRANTING ADMINISTRATIVE MOTION,
     SETTING ASIDE DEFAULTS AS TO DEFENDANTS
     SHANNON EDMONDS AND LORI TYLER           - 1 -