MARK F. HAZELWOOD, SBN 136521
DIRK D. LARSEN, SBN 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CITY OF CLEARLAKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100,<br><br>　　　　Defendants. | Case No.: C-07-5445-WHA<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS AND CASE MANAGEMENT CONFERENCE<br><br>Date:　　　May 22, 2008<br>Time:　　　8:00 a.m.<br>Courtroom:　9, 19th Floor<br>Judge:　　Hon. William H. Alsup |

　　　The parties to the above-captioned action, through their respective counsel, hereby stipulate as follows:

　　　1.　　To continue the hearing of defendant COUNTY OF LAKE's motion to dismiss (F.R.C.P. 12(b)(6)) and defendant CITY OF CLEARLAKE's motion to dismiss (F.R.C.P. 12(b)(6)), or in the alternative, for a more definite statement (F.R.C.P. 12(e)), currently scheduled for May 22, 2008, at 8:00 a.m., to May 29, 2008, at 8:00 a.m.;

　　　2.　　To continue the case management conference currently scheduled for May 22, 2008, at 8:00 a.m., to May 29, 2008, at 8:00 a.m.;

///

///

---

-1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
AND CASE MANAGEMENT CONFERENCE

3. To continue all dates associated with the hearing and case management conference accordingly.

Dated: May 5, 2008.

                      LOW, BALL & LYNCH

By _____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendant
CITY OF CLEARLAKE

Dated: May ____, 2008.

                      PORTER SCOTT WEIBERG & DELEHANT

By _____
JOHN R. WHITEFLEET
Attorneys for Defendant
COUNTY OF LAKE

Dated: May ____, 2008.

                      LAW OFFICES OF RUSSELL ALAN ROBINSON

By _____
RUSSELL ALAN ROBINSON
Attorneys for Plaintiffs
SHERRILL FOSTER, HOWARD FOSTER,
SHEILA BURTON and MINNIE BURTON

Dated: May ____, 2008.

                      TARKINGTON, O'NEILL, BARRACK & CHONG

By _____
STEPHEN F. O'NEILL
Attorneys for Defendant
SHANNON EDMONDS

3. To continue all dates associated with the hearing and case management conference accordingly.

Dated: April _____, 2008.

                                                          LOW, BALL & LYNCH

                                                          By_____
                                                          MARK F. HAZELWOOD
                                                          DIRK D. LARSEN
                                                           Attorneys for Defendant
                                                          CITY OF CLEARLAKE

Dated: April 29, 2008.

                                                         PORTER SCOTT WEIBERG & DELEHANT

                                                         By_____
                                                          JOHN R. WHITEFLEET
                                                          Attorneys for Defendant
                                                          COUNTY OF LAKE

Dated: April _____, 2008.

                                                         LAW OFFICES OF RUSSELL ALAN ROBINSON

                                                         By_____
                                                          RUSSELL ALAN ROBINSON
                                                          Attorneys for Plaintiffs
                                                          SHERRILL FOSTER, HOWARD FOSTER,
                                                          SHEILA BURTON and MINNIE BURTON

Dated: April _____, 2008.

                                                         TARKINGTON, O'NEILL, BARRACK & CHONG

                                                         By_____
                                                          STEPHEN F. O'NEILL
                                                          Attorneys for Defendant
                                                          SHANNON EDMONDS

1  3.  To continue all dates associated with the hearing and case management conference
2  accordingly.

4  Dated: April _____, 2008.

5                                      LOW, BALL & LYNCH

7                                      By_____
                                        MARK F. HAZELWOOD
8                                       DIRK D. LARSEN
                                        Attorneys for Defendant
9                                       CITY OF CLEARLAKE

10  Dated: April _____, 2008.

11                                     PORTER SCOTT WEIBERG & DELEHANT

13                                     By_____
                                        JOHN R. WHITEFLEET
14                                      Attorneys for Defendant
                                        COUNTY OF LAKE

16  Dated: April  29  , 2008.

17                                     LAW OFFICES OF RUSSELL ALAN ROBINSON

19                                     By /s/
                                        RUSSELL ALAN ROBINSON
20                                      Attorneys for Plaintiffs
                                        SHERRILL FOSTER, HOWARD FOSTER,
21                                      SHEILA BURTON and MINNIE BURTON

22  Dated: April _____, 2008.

23                                     TARKINGTON, O'NEILL, BARRACK &
                                        CHONG

25                                     By_____
                                        STEPHEN F. O'NEILL
26                                      Attorneys for Defendant
                                        SHANNON EDMONDS

-2-

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
AND CASE MANAGEMENT CONFERENCE

J:\1427\sf0002\Pld\P-stip.cont.cmc.wpd                                    C-07-5445-WHA

3. To continue all dates associated with the hearing and case management conference accordingly.

Dated: April _____, 2008.

           LOW, BALL & LYNCH

           By_____
           MARK F. HAZELWOOD
           DIRK D. LARSEN
           Attorneys for Defendant
           CITY OF CLEARLAKE

Dated: April _____, 2008.

           PORTER SCOTT WEIBERG & DELEHANT

           By_____
           JOHN R. WHITEFLEET
           Attorneys for Defendant
           COUNTY OF LAKE

Dated: April _____, 2008.

           LAW OFFICES OF RUSSELL ALAN ROBINSON

           By_____
           RUSSELL ALAN ROBINSON
           Attorneys for Plaintiffs
           SHERRILL FOSTER, HOWARD FOSTER,
           SHEILA BURTON and MINNIE BURTON

Dated: April 29, 2008.

           TARKINGTON, O'NEILL, BARRACK & CHONG

           By_/s/ Margaret Flynn_____
           STEPHEN F. O'NEILL
           Attorneys for Defendant
           SHANNON EDMONDS

1  Dated: April 30, 2008.

2

3                                                    CESARI WERNER & MORIARTY

4                                                    By _____
5                                                    DENNIS F. MORIARTY
                                                     JOSE ANTHONY MONTALVO
6                                                    Attorneys for Defendant
                                                     LORI TYLER
7

8  IT IS SO ORDERED.

9

10 Dated: _____

11

12
                                                     _____
13                                                   HON. WILLIAM H. ALSUP
                                                     U.S. DISTRICT JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | Dated: May _____, 2008.

2 |                                           CESARI WERNER & MORIARTY

4 |                                           By_____
5 |                                             DENNIS F. MORIARTY
  |                                             JOSE ANTHONY MONTALVO
  |                                             Attorneys for Defendant
6 |                                             LORI TYLER

8 | IT IS SO ORDERED.

10 | Dated: _____.

12 |                                           _____
13 |                                           HON. WILLIAM H. ALSUP
   |                                           U.S. DISTRICT JUDGE

-3-