1   MARK F. HAZELWOOD, SBN 136521
    DIRK D. LARSEN, SBN 246028
2   LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
3   San Francisco, California 94111-2584
    Telephone (415) 981-6630
4   Facsimile (415) 982-1634

5   Attorneys for Defendant
    CITY OF CLEARLAKE
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  SHERRILL FOSTER, HOWARD FOSTER,        )   Case No.: C-07-5445-WHA
    SHEILA BURTON, and MINNIE BURTON,      )
12                                         )   STIPULATION AND
                       Plaintiffs,         )   [PROPOSED] ORDER TO
13                                         )   CONTINUE HEARING ON
             v.                            )   DEFENDANTS' MOTIONS TO
14                                         )   DISMISS AND CASE
    SHANNON EDMONDS, LORI TYLER, COUNTY )    MANAGEMENT CONFERENCE
15  OF LAKE, CITY OF CLEARLAKE, and DOES 1- )
    100,                                   )   Date:       May 22, 2008
16                                         )   Time:       8:00 a.m.
                       Defendants.         )   Courtroom:  9, 19th Floor
17  _____)   Judge:      Hon. William H.
                                               Alsup
18

19       The parties to the above-captioned action, through their respective counsel, hereby stipulate as

20  follows:

21       1.      To continue the hearing of defendant COUNTY OF LAKE's motion to dismiss (F.R.C.P.

22  12(b)(6)) and defendant CITY OF CLEARLAKE's motion to dismiss (F.R.C.P. 12(b)(6)), or in the

23  alternative, for a more definite statement (F.R.C.P. 12(e)), currently scheduled for May 22, 2008, at

24  8:00 a.m., to May 29, 2008, at 8:00 a.m.;

25       2.      To continue the case management conference currently scheduled for May 22, 2008, at

26  8:00 a.m., to May 29, 2008, at 8:00 a.m.;

27  ///

28  ///

                                           -1-
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
                        AND CASE MANAGEMENT CONFERENCE
J:\1427\sf0002\Pld\P-stip.cont.cmc.wpd                                      C-07-5445-WHA

1    3.    To continue all dates associated with the hearing and case management conference

2  accordingly.

3

4    Dated:  May ___, 2008.

5                                                                LOW, BALL & LYNCH

6

7                                                                By_____

8                                                                MARK F. HAZELWOOD
                                                                 DIRK D. LARSEN
9                                                                Attorneys for Defendant
                                                                 CITY OF CLEARLAKE

10   Dated:  May ___, 2008.

11                                                               PORTER SCOTT WEIBERG & DELEHANT

12

13                                                               By_____

14                                                               JOHN R. WHITEFLEET
                                                                 Attorneys for Defendant
15                                                               COUNTY OF LAKE

16   Dated:  May ___, 2008.

17                                                               LAW OFFICES OF RUSSELL ALAN ROBINSON

18

19                                                               By_____

20                                                               RUSSELL ALAN ROBINSON
                                                                 Attorneys for Plaintiffs
21                                                               SHERRILL FOSTER, HOWARD FOSTER,
                                                                 SHEILA BURTON and MINNIE BURTON

22   Dated:  May ___, 2008.

23                                                               TARKINGTON, O'NEILL, BARRACK &
                                                                 CHONG
24

25                                                               By_____

26                                                               STEPHEN F. O'NEILL
                                                                 Attorneys for Defendant
                                                                 SHANNON EDMONDS
27

28

-2-

1    3.    To continue all dates associated with the hearing and case management conference

2  accordingly.

3

4    Dated:  April _____, 2008.

5                                                   LOW, BALL & LYNCH

6

7                                                   By_____

8                                                      MARK F. HAZELWOOD
                                                       DIRK D. LARSEN
9                                                      Attorneys for Defendant
                                                       CITY OF CLEARLAKE

10   Dated:  April 29, 2008.

11                                                  PORTER SCOTT WEIBERG & DELEHANT

12

13                                                 By_____

14                                                    JOHN R. WHITEFLEET
                                                      Attorneys for Defendant
15                                                    COUNTY OF LAKE

16   Dated:  April _____, 2008.

17                                                 LAW OFFICES OF RUSSELL ALAN ROBINSON

18

19                                                 By_____

20                                                    RUSSELL ALAN ROBINSON
                                                      Attorneys for Plaintiffs
21                                                    SHERRILL FOSTER, HOWARD FOSTER,
                                                      SHEILA BURTON and MINNIE BURTON

22   Dated:  April _____, 2008.

23                                                 TARKINGTON, O'NEILL, BARRACK &
                                                   CHONG
24

25                                                 By_____

26                                                    STEPHEN F. O'NEILL
                                                      Attorneys for Defendant
27                                                    SHANNON EDMONDS

28

-2-

J:\1427\sf0002\Pld\P-stip.cont.cmc.wpd                                              C-07-5445-WHA

1    3.    To continue all dates associated with the hearing and case management conference

2    accordingly.

3

4    Dated: April _____, 2008.

5                                            LOW, BALL & LYNCH

6

7                                   By_____
                                       MARK F. HAZELWOOD
8                                      DIRK D. LARSEN
                                       Attorneys for Defendant
9                                      CITY OF CLEARLAKE

10   Dated: April _____, 2008.

11                                           PORTER SCOTT WEIBERG & DELEHANT

12

13                                  By_____
                                       JOHN R. WHITEFLEET
14                                     Attorneys for Defendant
                                       COUNTY OF LAKE
15

16   Dated: April  29 , 2008.

17                                           LAW OFFICES OF RUSSELL ALAN ROBINSON

18

19                                  By_____
                                       RUSSELL ALAN ROBINSON
20                                     Attorneys for Plaintiffs
                                       SHERRILL FOSTER, HOWARD FOSTER,
21                                     SHEILA BURTON and MINNIE BURTON

22   Dated: April _____, 2008.

23                                           TARKINGTON, O'NEILL, BARRACK &
                                             CHONG
24

25                                  By_____
                                       STEPHEN F. O'NEILL
26                                     Attorneys for Defendant
                                       SHANNON EDMONDS
27

28

                                            -2-

1    3.    To continue all dates associated with the hearing and case management conference
2    accordingly.

3

4    Dated:  April _____, 2008.

5                                              LOW, BALL & LYNCH

6

7                                              By_____
8                                                 MARK F. HAZELWOOD
                                                  DIRK D. LARSEN
9                                                 Attorneys for Defendant
                                                  CITY OF CLEARLAKE

10   Dated:  April _____, 2008.

11                                             PORTER SCOTT WEIBERG & DELEHANT

12

13                                             By_____
14                                                JOHN R. WHITEFLEET
                                                  Attorneys for Defendant
15                                                COUNTY OF LAKE

16   Dated:  April _____, 2008.

17                                             LAW OFFICES OF RUSSELL ALAN ROBINSON

18

19                                             By_____
20                                                RUSSELL ALAN ROBINSON
                                                  Attorneys for Plaintiffs
21                                                SHERRILL FOSTER, HOWARD FOSTER,
                                                  SHEILA BURTON and MINNIE BURTON

22   Dated:  April 29, 2008.

23                                             TARKINGTON, O'NEILL, BARRACK &
                                                  CHONG
24

25                                             By Margaret Flynn, for
26                                                STEPHEN F. O'NEILL
                                                  Attorneys for Defendant
27                                                SHANNON EDMONDS

28

---

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
AND CASE MANAGEMENT CONFERENCE

J:\1427\sff0002\Pld\P-stip.cont.cmc.wpd                                    C-07-5445-WHA

1   Dated: April _30_, 2008.

2                                                CESARI WERNER & MORIARTY

3

4                                           By_____

5                                              DENNIS F. MORIARTY
                                               JOSE ANTHONY MONTALVO
6                                              Attorneys for Defendant
                                               LORI TYLER

7

8   IT IS SO ORDERED.

9

10  Dated: _____.

11

12

13                                          HON. WILLIAM H. ALSUP
                                            U.S. DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
AND CASE MANAGEMENT CONFERENCE

1    Dated: May _____, 2008.

2                                    CESARI WERNER & MORIARTY

3

4                                    By_____
5                                        DENNIS F. MORIARTY
                                         JOSE ANTHONY MONTALVO
6                                        Attorneys for Defendant
                                         LORI TYLER

7

8    IT IS SO ORDERED.

9

10   Dated: _May 5, 2008____.

11                                    IT IS SO ORDERED

12                                    Judge William Alsup

13                                    HON. WILLIAM H. ALSUP
                                     U.S. DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTIONS TO DISMISS
AND CASE MANAGEMENT CONFERENCE

J:\1427\sf0002\Pld\P-stip.cont.cmc.wpd                                    C-07-5445-WHA