```
 1  MARK F. HAZELWOOD, SBN 136521
    DIRK D. LARSEN, SBN 246028
 2  LOW, BALL & LYNCH
    505 Montgomery Street, 7th Floor
 3  San Francisco, California 94111-2584
    Telephone (415) 981-6630
 4  Facsimile (415) 982-1634

 5  Attorneys for Defendant
    CITY OF CLEARLAKE
 6

 7

 8              UNITED STATES DISTRICT COURT

 9              NORTHERN DISTRICT OF CALIFORNIA

10
```

| | |
|---|---|
| 11 SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, | Case No.: C-07-5445-WHA |
| 12 Plaintiffs, | DEFENDANT CITY OF CLEARLAKE'S JOINDER IN ARGUMENTS SET FORTH IN THE COUNTY OF LAKE'S REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS (F.R.C.P. (12)(b)(6)) |
| 13 v. | |
| 14 SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100, | |
| 15 | |
| 16 Defendants. | Date: May 29, 2008<br>Time: 8:00 a.m.<br>Courtroom: 9, 19th Floor<br>Judge: Hon. William H. Alsup |

19  Defendant CITY OF CLEARLAKE hereby joins in the following arguments set forth in

20  defendant COUNTY OF LAKE's reply to plaintiffs SHERRILL FOSTER, HOWARD FOSTER,

21  SHEILA BURTON, and MINNIE BURTON's opposition to defendants' motion to dismiss plaintiffs'

22  First Amended Complaint in the above-captioned matter: the arguments set forth under the heading:

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-2-

1  "I. TO SURVIVE A MOTION TO DISMISS, PLAINTIFFS MUST DO MORE THAN PROVIDE
2  'FAIR NOTICE' OF HIS CLAIMS," at 1:23-2:25 of defendant COUNTY OF LAKE's reply brief.
3
4  Dated: May 9, 2008
5                                           LOW, BALL & LYNCH
6
7                                           By _____
                                                MARK F. HAZELWOOD
8                                               DIRK D. LARSEN
                                                Attorneys for Defendant
9                                               CITY OF CLEARLAKE

-2-