# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Foster,<br><br>　　　　　　Plaintiff(s),<br><br>　　v.<br><br>Edmonds,<br><br>　　　　　　Defendant(s). | 07-05445 WHA<br><br>**NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: May 16, 2008

RICHARD W. WIEKING
Clerk
by:   Timothy J. Smagacz

*Timothy Smagacz*
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
07-05445 WHA                                          -2-

PROOF OF SERVICE

Case Name:       Foster v. Edmonds

Case Number:     07-05445 WHA

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

> ADR Program
> United States District Court
> Norther District of California
> 450 Golden Gate Avenue Floor 16
> San Francisco, CA 94102

On May 16, 2008, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

> Russell Alan Robinson
> Law Office of Russell A. Robinson, APC
> 345 Grove Street, First Floor
> San Francisco, CA 94102
> rarcases@yahoo.com
>
> Norman L. Chong
> Tarkington, O'Neill, Barrack & Chong
> 601 Van Ness Avenue, Suite 2018
> San Francisco, CA 94102
> nchong@to2law.com
>
> Stephen F. O'Neill
> Tarkington O'Neill Barrack & Chong
> 100 Stony Point Road, Suite 270
> Santa Rosa, CA 95401
> oneill@to2law.com
>
> Jose Anthony Montalvo
> Cesari Werner and Moriarty
> 360 Post Street, Fifth Floor

San Francisco, CA 94108-4908
jmontalvo@cwmlaw.com

Dennis F. Moriarty
Cesari Werner and Moriarty
360 Post Street
5th Floor
San Francisco, CA 94108-4908

John Robert Whitefleet
Porter Scott Weiberg & Delehant
350 University Avenue, Suite 200
Sacramento, CA 95825
jwhitefleet@porterscott.com

Dirk Donald Larsen
Low Ball & Lynch
505 Montgomery Street
7th Floor
San Francisco, CA 94111-2584
DLarsen@lowball.com

Mark F. Hazelwood
Low, Ball & Lynch
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
mhazelwood@lowball.com


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on May 16, 2008 in San Francisco, California.

RICHARD W. WIEKING
Clerk
by:    Timothy J. Smagacz

_____
ADR Administrative Assistant
415-522-4205
Tim_Smagacz@cand.uscourts.gov