IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER., et al., | No. C 07-05445 WHA |
| Plaintiff, | |
| v. | **CLERK'S NOTICE RESCHEDULING HEARING TIME** |
| SHANNON EDMONDS, et al., | |
| Defendant. / | |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the hearing on the motions to dismiss and the case management conference previously set for May 29, 2008 at 8:00 a.m. have been rescheduled for **May 29, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Because the Court will be in trial, parties should be aware that time for oral argument on this matter will be very limited.  Please plan accordingly**.**

Dated:   May 16, 2008                                           FOR THE COURT,

                                                                                 Richard W. Wieking, Clerk

                                                                                 By:_____
                                                                                        Dawn Toland
                                                                                        Courtroom Deputy to the
                                                                                        Honorable William Alsup