MARK F. HAZELWOOD, SBN 136521
DIRK D. LARSEN, SBN 246028
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, California 94111-2584
Telephone (415) 981-6630
Facsimile (415) 982-1634

Attorneys for Defendant
CITY OF CLEARLAKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, | ) ) ) | Case No.: C-07-5445-WHA |
| Plaintiffs, | ) ) ) | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS ON BEHALF OF DEFENDANT CITY OF CLEARLAKE |
| v. | ) ) ) | |
| SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1-100, | ) ) ) ) | |
| Defendants. | ) ) | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 20, 2008.

LOW, BALL & LYNCH

By _____
MARK F. HAZELWOOD
DIRK D. LARSEN
Attorneys for Defendant
CITY OF CLEARLAKE

-1-