UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SHERRILL FOSTER, ET AL.,

        Plaintiff(s),

CASE NO. C-07-5445-WHA

v.

SHANNON EDMONDS, ET AL.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

        Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
     request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 29, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Stephen F. O'Neill | Defendant Shannon Edmonds | 707-576-1380 | oneill@to2law.com |
| Russell Robinson | Plaintiffs | 415-255-0462 | rarcases@yahoo.com |
| Jose Montalvo | Defendant Lori Tyler | 415-391-1113 | jmontalvo@cwmlaw.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____

                                                          Attorney for Plaintiff

Dated: May 22, 2008                                  /s/
                                                          Attorney for Defendant

Rev 12.05