1 **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
2 Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
3 350 University Avenue, Suite 200
Sacramento, California 95825
4 (916) 929-1481
(916) 927-3706 (facsimile)
5
6 Attorneys for Defendant COUNTY OF LAKE

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11

| | |
|---|---|
| 12 SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, | Case No.: C-07-5445 WHA |
| 13 | |
| 14       Plaintiff, | **DEFENDANT COUNTY OF LAKE'S MOTION FOR RELIEF FROM REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION (ADR) MULTI-OPTION PROGRAM** |
| 15 vs. | |
| 16 SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE; CITY OF CLEARLAKE, and DOES 1 through 100, | **(ADR LOCAL RULE 3.3(c) and Civil Local Rule 7-11)** |
| 17 | |
| 18       Defendants | |
| 19 _____/ | |

20       Defendant COUNTY OF LAKE, pursuant to ADR Local Rule 3.3(c) and Civil Local
21 Rule 7-11, hereby respectfully requests relief from assignment to the Alternative Dispute
22 Resolution (ADR) Multi-Option Program. Good cause exists for the requested relief.
23       Initially assigned to Magistrate Judge Chen, this matter was automatically referred to
24 the ADR Multi-Option Program in an Order filed October 24, 2007. (Docket Entry No. 2).
25 Plaintiffs filed a First Amended Complaint on December 7, 2007, adding, *inter alia*,
26 COUNTY OF LAKE as a Defendant. (Docket Entry No. 4). Following a delay in service of
27 process, the parties declined to proceed before Magistrate Chen, and Defendants City of
28 Clearlake and COUNTY OF LAKE respectively filed motions to dismiss. As more fully set

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

**MOTION FOR RELIEF FROM REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION (ADR)**
**Case No.: C-07-5445 WHA      MULTI-OPTION PROGRAM**      00583423.WPD

forth in its Motion to Dismiss the Complaint of Plaintiffs pursuant to F.R.Civ.P. Rule 12(b)(6), Defendant reveals that no employee or agent of COUNTY OF LAKE is alleged to have been present on the night in question, so as to have violated the constitutional rights of Plaintiffs to support municipal liability under 42 U.S.C. section 1983. Indeed, it is widely reported that decedents were shot by Edmonds after they allegedly invaded the home and apparently beat a resident with a baseball bat. In other words, Defendant contends that the allegations of the Complaint against it are wholly without merit, and fail to support cognizable claims in law. Assuming the matter is not dismissed at the pleading stage, Defendant believes the matter will nonetheless be summarily adjudicated in its favor. As such, Defendant respectfully suggests that judicial and other resources, as well as the expenses and time by the court and the parties will not be best served in utilizing ADR which is ultimately not likely to yield fruitful settlement results under the unique alleged facts in this case. Accordingly, good cause exists to relieve this case from assignment to the Alternative Dispute Resolution (ADR) Multi-Option Program. On this basis, Defendant requests that the Order filed October 24, 2007, referring this matter to Alternative Dispute Resolution (ADR) Multi-Option Program be vacated.

Respectfully submitted,

Dated: May 22, 2008

PORTER SCOTT
A PROFESSIONAL CORPORATION

/s/ John R. Whitefleet
By _____
Terence J. Cassidy
John R. Whitefleet
Attorney for Defendant
COUNTY OF LAKE

2

MOTION FOR RELIEF FROM REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION (ADR)
Case No.: C-07-5445 WHA       MULTI-OPTION PROGRAM       00583423.WPD

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com