1  **PORTER | SCOTT**
   A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 099180
   John R. Whitefleet, SBN 213301
3  350 University Avenue, Suite 200
   Sacramento, California 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
6  Attorneys for Defendant COUNTY OF LAKE

7
   **UNITED STATES DISTRICT COURT**
8
   **NORTHERN DISTRICT OF CALIFORNIA**
9

10

11 SHERRILL FOSTER, HOWARD FOSTER,      Case No.: C-07-5445 WHA
   SHEILA BURTON, and MINNIE BURTON,
12                                      **[PROPOSED] ORDER GRANTING
           Plaintiff,                   DEFENDANT COUNTY OF LAKE's
13                                      MOTION FOR RELIEF FROM
                                        REFERRAL TO ALTERNATIVE
14 vs.                                  DISPUTE RESOLUTION (ADR)
                                        MULTI-OPTION PROGRAM**
15 SHANNON EDMONDS, LORI TYLER,
   COUNTY OF LAKE; CITY OF
16 CLEARLAKE, and DOES 1 through 100,

17         Defendants

18 _____/

19     The court having reviewed Defendant County of Lake's Motion for Relief from

20 Referral to Alternative Dispute Resolution (ADR) Multi-option Program, and good cause

21 having been shown,

22     **IT IS HEREBY ORDERED** that good cause exists to relieve this case from

23 assignment to the Alternative Dispute Resolution (ADR) Multi-Option Program and on this

24 basis, the Order filed October 24, 2007, referring this matter to Alternative Dispute

25 Resolution (ADR) Multi-Option Program is hereby vacated.

26
   Dated: _____          _____
27                                   Hon. William H. Aslup
                                     U.S. District Judge
28

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1
**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY**
CASE NO.: C-07-5445 WHA        **OF LAKE's MOTION FOR RELIEF**        00584556.WPD