1  **PORTER | SCOTT**
A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
3  350 University Avenue, Suite 200
Sacramento, California 95825
4  (916) 929-1481
(916) 927-3706 (facsimile)
5
Attorneys for Defendant COUNTY OF LAKE
6

7

8                    **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

11  SHERRILL FOSTER, HOWARD FOSTER,        Case No.: C-07-5445 WHA
SHEILA BURTON, and MINNIE BURTON,
12                                        **DEFENDANT COUNTY OF LAKE's
                                          REQUEST FOR TELEPHONE
           Plaintiff,                     APPEARANCE AT CASE
13                                        MANAGEMENT CONFERENCE**

14  vs.

15  SHANNON EDMONDS, LORI TYLER,          **DATE:      May 29, 2008**
COUNTY  OF  LAKE;  CITY  OF              **TIME:      2:00 p.m.**
16  CLEARLAKE, and DOES 1 through 100,    **JUDGE:     William Alsup**

17           Defendants

18  _____/

19       Attorneys for Defendant COUNTY OF LAKE hereby request that they be allowed to

20  appear by telephone at the Case Management Conference in the above-matter, scheduled for

21  May 29, 2008 at 2:00 p.m.  The court will provide this office with a phone number to call,

22  and we will initiate the call.

23                                    Respectfully submitted,

24  Dated:  May 27, 2008              PORTER SCOTT
                                     A PROFESSIONAL CORPORATION
25
                                          /s/ John R. Whitefleet
26                                   By _____
                                        John R. Whitefleet
27                                      Attorneys for Defendant
                                        COUNTY OF LAKE
28
                                     1

**PORTER | SCOTT**
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

DEF COUNTY OF LAKE's REQUEST FOR TELEPHONE APPEARANCE AT CASE MANAGEMENT
CASE NO.: C-07-5445 WHA                   CONFERENCE

00585057.WPD