IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,

Plaintiffs,

v.

SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1 through 100,

Defendants.

No. C 07-05445 WHA

**ORDER DENYING REQUEST TO ATTEND CASE MANAGEMENT CONFERENCE BY TELEPHONE**

Good cause not shown, the Court **DENIES** defendant's request to attend the case management conference by telephone.

**IT IS SO ORDERED.**

Dated: May 27, 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE