**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: May 29, 2008

Case No.  C 07-05445 WHA

Title: SHERRILL FOSTER  v. SHANNON EDMONDS

Plaintiff Attorneys: Russell Robinson

Defense Attorneys: Mark Hazelwood; Steve O'Neil; Jose Montalvo; Terrance Cassidy

Deputy Clerk:  Dawn Toland

Court Reporter: Kathy Powell

**PROCEEDINGS**

1)   CMC - HELD

2)   _____

Complete Initial Disclosures (Rule 26): 6/6/09

Discovery Cutoff: 5/22/09

Designation of Experts: 5/22/09

Last Day to File Motion: 7/9/09

Continued to __ for Claim Construction Hearing

Continued to  9/14/09 at 2:00pm  for Pretrial Conference

Continued to  9/28/09 at 7:30am  for Jury Trial

**ORDERED AFTER HEARING:**

Case is referred to Magistrate Judge Zimmerman for mediation/settlement conference.