**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant COUNTY OF LAKE

Mark F. Hazelwood
Dirk Donald Larsen
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
(415) 981-6630

Attorneys for Defendant CITY OF CLEARLAKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, <br><br>Plaintiff, <br><br>vs. <br><br>SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE; CITY OF CLEARLAKE, and DOES 1 through 100, <br><br>Defendants <br>_____ / | Case No.: C-07-5445 WHA <br><br> DEFENDANTS CITY OF CLEARLAKE AND COUNTY OF LAKE'S JOINT NOTICE OF MOTION FOR ENTRY OF A FINAL JUDGMENT PURSUANT TO F.R.C.P. RULE 54(b) <br><br>DATE: August 21, 2008 <br>TIME: 8:00 a.m. <br>CTRM: 9, 19th Floor |

///
///
///
///
///
///

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

1

DEFENDANTS NOTICE OF MOTION FOR ENTRY OF A FINAL JUDGMENT
Case No.: C-07-5445 WHA                                           00595098.WPD

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

Notice is hereby given that on the above-noted date at the stated time and in the designated courtroom, Defendants CITY OF CLEARLAKE and COUNTY OF LAKE, by and through their respective attorneys of record, will move this court for entry of a final judgment pursuant to Fed.R.Civ P 54(b).

                                                Respectfully submitted,

Dated: July 8, 2008                PORTER SCOTT
                                                A PROFESSIONAL CORPORATION

                                                  /s/ John R. Whitefleet
                                              By _____
                                                  Terence J. Cassidy
                                                  John R. Whitefleet
                                                  Attorney for Defendant
                                                  COUNTY OF LAKE

Dated: July 8, 2008                Respectfully Submitted,

                                                  LOW, BALL & LYNCH

                                                  By _____
                                                  Mark F. Hazelwood
                                                  Dirk Donald Larsen
                                                  Attorneys for Defendant
                                                  CITY OF CLEARLAKE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

DEFENDANTS NOTICE OF MOTION FOR ENTRY OF A FINAL JUDGMENT
Case No.: C-07-5445 WHA                                                  00595098.WPD

1  TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:

2      Notice is hereby given that on the above-noted date at the stated time and in the
3  designated courtroom, Defendants CITY OF CLEARLAKE and COUNTY OF LAKE, by
4  and through their respective attorneys of record, will move this court for entry of a final
5  judgment pursuant to Fed.R.Civ P 54(b).

6                                    Respectfully submitted,

7  Dated: July 8, 2008              PORTER SCOTT
                                     A PROFESSIONAL CORPORATION
8
                                         /s/ John R. Whitefleet
9                                    By _____
                                         Terence J. Cassidy
10                                       John R. Whitefleet
                                         Attorney for Defendant
11                                       COUNTY OF LAKE

12 Dated: July 8, 2008              Respectfully Submitted,

13                                   LOW, BALL & LYNCH

14
                                         /s/ MARK F. HAZELWOOD
15                                   By _____
                                         Mark F. Hazelwood
16                                       Dirk Donald Larsen
                                         Attorneys for Defendant
17                                       CITY OF CLEARLAKE

---

2

DEFENDANTS NOTICE OF MOTION FOR ENTRY OF A FINAL JUDGMENT
Case No. C07-5445 WHA