```
PORTER | SCOTT
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant COUNTY OF LAKE

Mark F. Hazelwood
Dirk Donald Larsen
LOW, BALL & LYNCH
505 Montgomery Street, 7th Floor
San Francisco, CA 94111-2584
(415) 981-6630

Attorneys for Defendant CITY OF CLEARLAKE
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,<br><br>Plaintiff,<br><br>vs.<br><br>SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE; CITY OF CLEARLAKE, and DOES 1 through 100,<br><br>Defendants<br>_____/ | Case No.: C-07-5445 WHA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS CITY OF CLEARLAKE AND COUNTY OF LAKE'S JOINT MOTION FOR ENTRY OF A FINAL JUDGMENT PURSUANT TO F.R.C.P. RULE 54(b); JUDGMENT |

The court having reviewed Defendants CITY OF CLEARLAKE and COUNTY OF LAKE's Joint Motion for Entry of a Final Judgment Pursuant to F.R.C.P. Rule 54(b), finding that all claims of Plaintiffs against Defendants CITY OF CLEARLAKE and COUNTY OF LAKE have been resolved, and there is no just reason for delay, good cause exists to direct the entry of a final judgment pursuant to Fed.R.Civ.P. 54(b) as against Plaintiffs and in favor

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

[PROPOSED] ORDER GRANTING DEFENDANT COUNTY
CASE NO.: C-07-5445 WHA        OF LAKE's MOTION FOR RELIEF; JUDGMENT        00595389.WPD

of Defendants CITY OF CLEARLAKE and COUNTY OF LAKE.

**IT IS HEREBY ORDERED** that Defendants CITY OF CLEARLAKE and COUNTY OF LAKE's Joint Motion for Entry of Judgment pursuant to Fed.R.Civ.P. 54(b) is granted.

**IT IS FURTHER ORDERED** that Judgment of Dismissal with prejudice is hereby entered in favor of Defendants CITY OF CLEARLAKE and COUNTY OF LAKE.

Dated: _____

                                        Hon. William H. Aslup
                                        U.S. District Judge

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

CASE No.: C-07-5445 WHA      [PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LAKE's MOTION FOR RELIEF; JUDGMENT      00595389.WPD