1  **P O R T E R | S C O T T**
   A PROFESSIONAL CORPORATION
2  Terence J. Cassidy, SBN 099180
   John R. Whitefleet, SBN 213301
3  350 University Avenue, Suite 200
   Sacramento, California 95825
4  (916) 929-1481
   (916) 927-3706 (facsimile)
5
   Attorneys for Defendant COUNTY OF LAKE
6
   Mark F. Hazelwood
7  Dirk Donald Larsen
   LOW, BALL & LYNCH
8  505 Montgomery Street, 7th Floor
   San Francisco, CA 94111-2584
9  (415) 981-6630

10 Attorneys for Defendant CITY OF CLEARLAKE

11

12                    **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14

15
   SHERRILL FOSTER, HOWARD FOSTER,        Case No.: C-07-5445 WHA
16 SHEILA BURTON, and MINNIE BURTON,
                                          **[PROPOSED] ORDER GRANTING**
17          Plaintiff,                    **D E F E N D A N T S   C I T Y   O F**
                                          **CLEARLAKE AND COUNTY OF**
18                                        **LAKE'S JOINT MOTION FOR ENTRY**
   vs.                                    **OF A FINAL JUDGMENT PURSUANT**
19                                        **TO F.R.C.P. RULE 54(b); JUDGMENT**
   SHANNON EDMONDS, LORI TYLER,
20 COUNTY OF LAKE; CITY OF
   CLEARLAKE, and DOES 1 through 100,
21
            Defendants
22
   _____/
23

24         The court having reviewed Defendants CITY OF CLEARLAKE and COUNTY OF

25 LAKE's Joint Motion for Entry of a Final Judgment Pursuant to F.R.C.P. Rule 54(b), finding

26 that all claims of Plaintiffs against Defendants CITY OF CLEARLAKE and COUNTY OF

27 LAKE have been resolved, and there is no just reason for delay, good cause exists to direct

28 the entry of a final judgment pursuant to Fed.R.Civ.P. 54(b) as against Plaintiffs and in favor

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929 1481
FAX: 916. 927.3706
www.porterscott.com

[PROPOSED] ORDER GRANTING DEFENDANT COUNTY
OF LAKE's MOTION FOR RELIEF; JUDGMENT                    00595389.WPD

of Defendants CITY OF CLEARLAKE and COUNTY OF LAKE.

**IT IS HEREBY ORDERED** that Defendants CITY OF CLEARLAKE and COUNTY OF LAKE's Joint Motion for Entry of Judgment pursuant to Fed.R.Civ.P. 54(b) is granted.

**IT IS FURTHER ORDERED** that Judgment of Dismissal with prejudice is hereby entered in favor of Defendants CITY OF CLEARLAKE and COUNTY OF LAKE.

Dated: _____July 11, 2008_____

IT IS SO ORDERED

Judge William Alsup

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Hon. Wil...
U.S. Dis...

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916. 929.1481
FAX: 916. 927.3706
www.porterscott.com

**[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF LAKE's MOTION FOR RELIEF; JUDGMENT**

CASE NO.: C-07-5445 WHA

00595389.WPD