PORTER | SCOTT
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
John R. Whitefleet, SBN 213301
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendant COUNTY OF LAKE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,<br><br>Plaintiff,<br><br>vs.<br><br>SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE; CITY OF CLEARLAKE, and DOES 1 through 100,<br><br>Defendants<br>_____/ | Case No.: C-07-5445 WHA<br><br>NOTICE OF ENTRY OF ORDER ON DEFENDANTS' CITY OF CLEARLAKE and COUNTY OF LAKE'S JOINT MOTION FOR ENTRY OF A FINAL JUDGMENT PURSUANT TO F.R.C.P. 54(b); and JUDGMENT |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

**NOTICE IS HEREBY GIVEN** that on July 11, 2008, the court having reviewed Defendants' Motion for Entry of a Final Judgment was granted and Judgment with dismissal was entered in the above-entitled matter in favor of Defendants CITY OF CLEARLAKE and COUNTY OF LAKE against Plaintiffs. A copy of said Judgment is attached hereto and made a part hereof.

Dated: July 17, 2008          PORTER SCOTT
                              A PROFESSIONAL CORPORATION

                              /s/ John R. Whitefleet
                              By _____
                              John R. Whitefleet
                              Attorneys for Defendant
                              COUNTY OF LAKE

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

00596738.WPD

1
NOTICE OF ENTRY OF ORDER; JUDGMENT
CASE NO. C-07-5445 WHA

```
 1  PORTER | SCOTT
    A PROFESSIONAL CORPORATION
 2  Terence J. Cassidy, SBN 099180
    John R. Whitefleet, SBN 213301
 3  350 University Avenue, Suite 200
    Sacramento, California 95825
 4  (916) 929-1481
    (916) 927-3706 (facsimile)
 5
    Attorneys for Defendant COUNTY OF LAKE
 6
    Mark F. Hazelwood
 7  Dirk Donald Larsen
    LOW, BALL & LYNCH
 8  505 Montgomery Street, 7th Floor
    San Francisco, CA 94111-2584
 9  (415) 981-6630

10  Attorneys for Defendant CITY OF CLEARLAKE

11
12              UNITED STATES DISTRICT COURT
13              NORTHERN DISTRICT OF CALIFORNIA
14
15
16  SHERRILL FOSTER, HOWARD FOSTER,          Case No.: C-07-5445 WHA
    SHEILA BURTON, and MINNIE BURTON,
                                             [PROPOSED] ORDER GRANTING
17          Plaintiff,                       DEFENDANTS CITY OF
                                             CLEARLAKE AND COUNTY OF
18                                           LAKE'S JOINT MOTION FOR ENTRY
    vs.                                      OF A FINAL JUDGMENT PURSUANT
19                                           TO F.R.C.P. RULE 54(b); JUDGMENT
    SHANNON EDMONDS, LORI TYLER,
20  COUNTY OF LAKE; CITY OF
    CLEARLAKE, and DOES 1 through 100,
21
            Defendants
22
                                          /
23
```

24    The court having reviewed Defendants CITY OF CLEARLAKE and COUNTY OF

25  LAKE's Joint Motion for Entry of a Final Judgment Pursuant to F.R.C.P. Rule 54(b), finding

26  that all claims of Plaintiffs against Defendants CITY OF CLEARLAKE and COUNTY OF

27  LAKE have been resolved, and there is no just reason for delay, good cause exists to direct

28  the entry of a final judgment pursuant to Fed.R.Civ.P. 54(b) as against Plaintiffs and in favor

---

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

1

[PROPOSED] ORDER GRANTING DEFENDANT COUNTY
CASE NO.: C-07-5445 WHA    OF LAKE'S MOTION FOR RELIEF; JUDGMENT         00595389.WPD

1  of Defendants CITY OF CLEARLAKE and COUNTY OF LAKE.

2  **IT IS HEREBY ORDERED** that Defendants CITY OF CLEARLAKE and
3  COUNTY OF LAKE's Joint Motion for Entry of Judgment pursuant to Fed.R.Civ.P. 54(b)
4  is granted.

5  **IT IS FURTHER ORDERED** that Judgment of Dismissal with prejudice is hereby
6  entered in favor of Defendants CITY OF CLEARLAKE and COUNTY OF LAKE.

8  Dated: July 11, 2008

   Hon. William Alsup
   U.S. District Judge

   *IT IS SO ORDERED*
   *Judge William Alsup*

PORTER | SCOTT
ATTORNEYS
350 UNIVERSITY AVE., SUITE 200
SACRAMENTO, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706
www.porterscott.com

2

CASE NO.: C-07-5445 WHA

[PROPOSED] ORDER GRANTING DEFENDANT COUNTY
OF LAKE's MOTION FOR RELIEF; JUDGMENT

00595389.WPD