1  DENNIS F. MORIARTY (STATE BAR NO. 37612)
   JOSE A. MONTALVO (STATE BAR NO. 184484)
2  CESARI, WERNER and MORIARTY
   360 Post Street, Fifth Floor
3  San Francisco CA 94108-4908
   Telephone: 415-391-1113
4  Facsimile:  415-391-4626
   5110-3-13
5  Attorneys for Defendant
   LORI TYLER
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9  ,SHERRILL FOSTER, HOWARD FOSTER,  )  No. C-07-5445-WHA
    SHIELA BURTON and MINNIE BURTON,  )
10                                    )
            Plaintiffs,                )  [PROPOSED] ORDER GRANTING
11                                    )  DEFENDANT TYLER'S MOTION FOR
    vs.                                )  JUDGMENT ON THE PLEADINGS AND
12                                    )  TO DISMISS
    SHANNON EDMONDS, LORI TYLER,      )
13  COUNTY OF LAKE, CITY OF            )  F.R.C.P., Rule 12(c); 28 USC §1367(c)(3)
    CLEARLAKE, and DOES 1-100.        )
14                                    )
                                      )
15          Defendants.                )  Date: September 25, 2008
                                      )  Time: 8 a.m.
16                                    )  Courtroom: 9, 19th Floor
                                      )
17                                    )  The Honorable Judge William H. Alsup,
                                      )  Presiding
18                                    )

19
       The motion of defendant LORI TYLER to dismiss plaintiffs SHERILL FOSTER,
20
   HOWARD FOSTER, SHEILA BURTON AND MINNIE BURTON's ("Plaintiffs") First
21
   Amended Complaint pursuant to F.R.C.P. Rule 12(c) and 28 U.S.C. § 1367(c)(3), came on for
22
   hearing on September 25, 2008 at 8:00 a.m., in Courtroom 9, 19th Floor of the above-entitled
23
   court before the Honorable William H. Alsup.
24
       The court, having considered the papers and arguments submitted in support of and in
25
   opposition to the motion, and after oral argument, finds that Plaintiffs' First Amended
26
   Complaint, filed on December 7, 2007, fails to state any cognizable federal claim against
27
   Defendant Tyler under 42 U.S.C. § 1983 and, because there is no such cognizable claim, there is
28
   no basis for pendent jurisdiction over plaintiffs' remaining state law claims.

-1-

[PROPOSED] ORDER GRANTING DEFENDANT TYLER'S MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS

1  The court therefore ORDERS that all claims alleged against defendant LORI TYLER in
2  Plaintiffs' First Amended Complaint be dismissed in their entirety.

6  Dated:_____          By:_____
7                                   HONORABLE WILLIAM H. ALSUP
                                    UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT TYLER'S MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS