Russell A. Robinson (163937)
Law Office of Russell A. Robinson, APC
345 Grove Street, First Floor
San Francisco CA 94102
Telephone:  (415) 255-0462
Facsimile:  (415) 431-4526

Attorneys for Plaintiffs
SHERRILL FOSTER, HOWARD FOSTER,
SHEILA BURTON, and MINNIE BURTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,<br><br>    Plaintiffs,<br><br>v.<br><br>SHANNON EDMONDS, LORI TYLER, and DOES 1-100,<br><br>    Defendants. | No.    C-07-5445-WHA<br><br>**ADMINISTRATIVE MOTION FOR CONTINUANCE OF HEARING AND DEADLINES RE: DEFENSE MOTION TO DISMISS TO SEPTEMBER 25, 2008; DECLARATION OF COUNSEL**<br><br>[Jury Trial Demanded] |

PLEASE TAKE NOTICE that Plaintiffs SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON, by and through counsel, pursuant to Civil Local Rules (Civil LR), Rule 3-12(b), hereby move this Court as follows:

FOR CONTINUANCE OF HEARING AND DEADLINES RE: DEFENSE MOTION

TO DISMISS TO SEPTEMBER 25, 2008

**DISCUSSION**

On about December 7, 2005, against CHRISTIAN DANTE FOSTER [the adult son of

Sherrill Foster and Howard Foster] and RASHAD LARON MORRIS WILLIAMS [the adult son

1  of Sheila Burton and grandson of Minnie Burton] were killed by Shannon Edmonds in the

2  County of Lake.  Edmonds and his then-fiancé, Lori Tyler, were never charged with the brutal

3  murders of Christian and Rashad.

4     There are two remaining, named defendants: Lori Tyler and Shannon Edmonds.  On

5  Friday, August 8, 2008, Defendant Edmonds caused to be filed a motion to dismiss; the hearing

6  on that motion was set for September 18, 2008.  On August 10, 2008, counsel for Plaintiffs met

7  and conferred with counsel for Edmonds as follows:

8     mr. o'neill:
      please consider this to be plaintiffs' meet and confer over your motion filed 08/08/2008.
9     you did not provide the required notice of 35 days. you gave only 34 days' notice. also,
      even if timely, i am not available on 09/18/2008.
10    i am available at this juncture on 09/25/2008.
      therefore, i suggest we agree to a date of 09/25/2008, with all papers due based on the
11    new hearing date.  please let me know your thoughts as soon as possible, but no later than
      08/12/2008, so i may take appropriate action.
12    thank you in advance. [Exhibit 1 attached hereto].

13    Counsel for Edmonds has never responded to the request by Plaintiffs' counsel.

14    On Thursday, August 14, 2008, Defendant Tyler caused to be filed her own motion to

15  dismiss.  Said hearing is on September 25, 2008, and the opposition is due September 4, 2008.

16    There are now substantially similar motions set for two hearings, on two different dates,

17  in the same case; and, there are two, separate opposition dates.

18    In the interest of judicial economy and because Plaintiffs' counsel remains unavailable on

19  September 18, 2008, it makes sense to have all hearings on September 25, 2008, and all filing

20  deadlines be set around one date, September 25, 2008.

24  / / /

---

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-WHA)                              P040.ADMINMOTION
ADMINISTRATIVE MOTION FOR CONTINUANCE OF HEARING
AND DEADLINES RE: DEFENSE MOTION TO DISMISS TO
SEPTEMBER 25, 2008; DECLARATION OF COUNSEL        - 2 -

1   Therefore, Plaintiffs request the two hearings take place on September 25, 2008, and that

2   all filing deadlines be set around one date, September 25, 2008. This would mean that Plaintiffs'

3   oppositions would be due on September 4, 2008, and both replies due September 11, 2008.

4

5   Date:   August 18, 2008                 /s/Russell A. Robinson
                                        By:    Russell A. Robinson
6                                       Law Office of Russell A. Robinson, APC
                                        Counsel for Plaintiffs
7                                       SHERRILL FOSTER, HOWARD FOSTER, SHEILA
                                        BURTON, and MINNIE BURTON
8

9                              **DECLARATION**

10   I, Russell A. Robinson, hereby declare as follows:

11   1.     I am an attorney licensed to practice before all Courts in this State and admitted to

12   practice in the Northern District of California. The below true and correct facts are based on my

13   own personal knowledge, except facts stated as based on information and belief; as to facts so

14   stated, I believe these to be true.

15   2.     I am counsel of record for the plaintiffs in this case.

16   3.     I am informed and believe that on Friday, August 8, 2008, Defendant Edmonds

17   caused to be filed a motion to dismiss; hearing on that motion was set unilaterally for September

18   18, 2008. On August 10, 2008, I met and conferred with Edmonds' counsel as follows:

19   mr. o'neill:
     please consider this to be plaintiffs' meet and confer over your motion filed 08/08/2008.
20   you did not provide the required notice of 35 days. you gave only 34 days' notice. also,
     even if timely, i am not available on 09/18/2008.
21   i am available at this juncture on 09/25/2008.
     therefore, i suggest we agree to a date of 09/25/2008, with all papers due based on the
22   new hearing date. please let me know your thoughts as soon as possible, but no later than
     08/12/2008, so i may take appropriate action.
23   thank you in advance. [Exhibit 1 attached hereto].

24   4.     Counsel for Edmonds has never responded to my request.

25

26   *Foster, et al., v. Edmonds, et al.* (No. C-07-5445-WHA)                              P040.ADMINMOTION
     ADMINISTRATIVE MOTION FOR CONTINUANCE OF HEARING
     AND DEADLINES RE: DEFENSE MOTION TO DISMISS TO
     SEPTEMBER 25, 2008; DECLARATION OF COUNSEL         - 3 -

5.      On Thursday, August 14, 2008, I am informed and believe that Defendant Tyler caused to be filed her own motion to dismiss. Said hearing is on September 25, 2008, and the opposition is due September 4, 2008.

6.      There are now substantially similar motions set for two hearings, on two different dates, in the same case; and, there are two, separate opposition dates. In the interest of judicial economy and because I remain unavailable on September 18, 2008, it makes sense to have all hearings on September 25, 2008, and all filing deadlines be set around one date, September 25, 2008. This would mean that Plaintiffs' oppositions would be due on September 4, 2008, and both replies due September 11, 2008.

I, Russell A. Robinson, hereby declare under penalty of perjury and under the laws of the State of California, that the above is true and correct.

Date:   August 18, 2008                    /s/Russell A. Robinson
                                           By:   Russell A. Robinson
                                           Law Office of Russell A. Robinson, APC
                                           Counsel for Plaintiffs
                                           SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON

---

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-WHA)
ADMINISTRATIVE MOTION FOR CONTINUANCE OF HEARING
AND DEADLINES RE: DEFENSE MOTION TO DISMISS TO
SEPTEMBER 25, 2008; DECLARATION OF COUNSEL          - 4 -                    P040.ADMINMOTION