

**Re: Activity in Case 3:07-cv-05445-WHA Foster et al v. Edmonds et al Motion to Dismiss/Lack of Jurisdiction**

Sunday, August 10, 2008 10:42 AM

**From:** "Russell A. Robinson" <rarcases@yahoo.com>
**To:** "Stephen O'Neill" <oneill@to2law.com>
**Cc:** "Jose Montalvo" <josem@cwmlaw.com>
**Bcc:** "Sherrill Foster" <sherrill.foster@libertymutual.com>, "Howard Foster" <fosterfamily6291@sbcglobal.net>, "sheila burton" <rashadswarmspirit@yahoo.com>

mr. o'neill:

please consider this to be plaintiffs' meet and confer over your motion filed 08/08/2008.

you did not provide the required notice of 35 days. you gave only 34 days' notice. also, even if timely, i am not available on 09/18/2008.

i am available at this juncture on 09/25/2008.

therefore, i suggest we agree to a date of 09/25/2008, with all papers due based on the new hearing date.
please let me know your thoughts as soon as possible, but no later than 08/12/2008, so i may take appropriate action.
thank you in advance.
*Russell A. Robinson*
-- russell a. robinson
415.255.0462


--- On **Fri, 8/8/08, ECF-CAND@cand.uscourts.gov *<ECF-CAND@cand.uscourts.gov>*** wrote:

> From: ECF-CAND@cand.uscourts.gov <ECF-CAND@cand.uscourts.gov>
> Subject: Activity in Case 3:07-cv-05445-WHA Foster et al v. Edmonds et al Motion to Dismiss/Lack of Jurisdiction
> To: efiling@cand.uscourts.gov
> Date: Friday, August 8, 2008, 12:00 PM
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
> **\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**
>
> U.S. District Court
> Northern District of California
> **Notice of Electronic Filing or Other Case Activity**
>
> NOTE: Please read this entire notice before calling the Help Desk. If you have questions, please email the Help Desk by replying to this message; include your question or comment along with the original text.
> Please note that these Notices are sent for all cases in the system when any case activity occurs,

regardless of whether the case is designated for e-filing or not, or whether the activity is the filing of an electronic document or not.

If there are **two** hyperlinks below, the first will lead to the docket and the second will lead to an e-filed document.
*If there is no second hyperlink, there is no electronic document available .*
See the FAQ posting 'I have a Notice of Electronic Filing that was e-mailed to me but there's no hyperlink...' on the ECF home page at https://ecf.cand.uscourts.gov for more information.

The following transaction was received from by O'Neill, Stephen entered on 8/8/2008 11:59 AM and filed on 8/8/2008

**Case Name:**     Foster et al v. Edmonds et al
**Case Number:**   3:07-cv-5445
**Filer:**         Shannon Edmonds
**Document Number:** 58
**Docket Text:**
**MOTION to Dismiss for Lack of Jurisdiction** *and Motion for Judgment On The Pleadings; Memorandum of Points and Authorities* **filed by Shannon Edmonds. Motion Hearing set for 9/18/2008 08:00 AM in Courtroom 9, 19th Floor, San Francisco. (O'Neill, Stephen) (Filed on 8/8/2008)**

**3:07-cv-5445 Notice has been electronically mailed to:**

Dirk Donald Larsen     DLarsen@lowball.com, sgravem@lowball.com

John Robert Whitefleet     jwhitefleet@porterscott.com, cromero@porterscott.com

Jose Anthony Montalvo     jmontalvo@cwmlaw.com

Mark F. Hazelwood     mhazelwood@lowball.com, dcostes@lowball.com

Norman L. Chong     nchong@to2law.com

Russell Alan Robinson     rarcases@yahoo.com

Stephen F. O'Neill     oneill@to2law.com

**3:07-cv-5445 Notice has been delivered by other means to:**

Dennis F. Moriarty
Cesari Werner and Moriarty
360 Post Street
5th Floor
San Francisco, CA 94108-4908
The following document(s) are associated with this transaction:
**Document description:** Main Document
**Original filename:** C:\Documents and Settings\All Users\Documents\FileShare-D5DM2W41\Foster v Edmonds\Judgment on Pleadings.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=8/8/2008] [FileNumber=4595389-0] [
23dcd520f2c17c6aa2efdf736c03d3fd56c32b549dfd38959089b632c6b30fa081a8f8

105e583c3dc83f6b6c92183130720181a805142d96aa48ec8b9d969049]]