1   Russell A. Robinson (163937)
    Law Office of Russell A. Robinson, APC
2   345 Grove Street, First Floor
    San Francisco CA 94102
3   Telephone:    (415) 255-0462
    Facsimile:    (415) 431-4526
4
    Attorneys for Plaintiffs
5   SHERRILL FOSTER, HOWARD FOSTER,
    SHEILA BURTON, and MINNIE BURTON
6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10  SHERRILL FOSTER, HOWARD FOSTER,       ) No.    C-07-5445-WHA
    SHEILA BURTON, and MINNIE BURTON,     )
11                                         ) **[Proposed] ORDER GRANTING**
                Plaintiffs,                ) **ADMINISTRATIVE MOTION FOR**
12                                         ) **CONTINUANCE OF HEARING AND**
    v.                                     ) **DEADLINES RE: DEFENSE MOTION TO**
13                                         ) **DISMISS TO SEPTEMBER 25, 2008**
    SHANNON EDMONDS, LORI TYLER, and      )
14  DOES 1-100,                            )
                                           )
15              Defendants.                )
    _____   )
16

17

18

19          The administrative motion of Plaintiffs SHERRILL FOSTER, HOWARD FOSTER,

20  SHEILA BURTON, and MINNIE BURTON was duly considered by the Court in this matter.

21  Good cause appearing, the Court hereby orders as follows:

22          Both motions to dismiss by Defendants Shannon Edmonds and Lori Tyler shall be heard

23  on Thursday, September 25, 2008, at 8:00 a.m.  All filing deadlines are to be determined by the

24  September 25, 2008, hearing date, with oppositions to both motions due on September 4, 2008,

25  and both defense replies due on September 11, 2008.

26

1    **IT IS SO ORDERED.**

2

3    Date:   August __, 2008

4    _____
     HONORABLE WILLIAM H. ALSUP

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26