1

2

3

4

5

6                  IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

10   SHERRILL FOSTER, HOWARD FOSTER,
     SHEILA BURTON, and MINNIE BURTON,
11                                                   No. C 07-05445 WHA
               Plaintiffs,
12
         v.
13                                                   **ORDER RESCHEDULING**
     SHANNON EDMONDS, LORI TYLER,                    **HEARING**
14
               Defendants.
15   _____/

16

17        The hearing on defendant Shannon Edmonds' motion to dismiss is hereby rescheduled

18   to **SEPTEMBER 25, 2008, AT 8AM**.  The briefing schedule for the motion will be based on the

19   new hearing date.

20

21        **IT IS SO ORDERED.**

22

23   Dated: August 18, 2008.                         _____
                                                     WILLIAM ALSUP
24                                                   UNITED STATES DISTRICT JUDGE

25

26

27

28

**United States District Court**
For the Northern District of California