STEPHEN F. O'NEILL, SBN 62317
MARGARET S. FLYNN, SBN 130815
NORMAN L. CHONG, SBN 111439
TARKINGTON, O'NEILL, BARRACK & CHONG
A Professional Corporation
100 Stony Point Road, Suite 270
Santa Rosa, CA 95401
Telephone:   (707) 576-1380
Facsimile:   (707) 544-3144
Email:       oneill@to2law.com
Attorneys for Defendant
SHANNON EDMONDS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRILL FOSTER, HOWARD FOSTER, SHEILA BURTON, and MINNIE BURTON,<br><br>Plaintiffs,<br><br>vs.<br><br>SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, and DOES 1 through 100,<br><br>Defendants. | Case No.   C-07-5445 WHA<br><br>**[PROPOSED] ORDER EXCUSING ATTENDANCE OF DEFENDANT SHANNON EDMONDS AT SETTLEMENT CONFERENCE**<br><br>**DATE:** October 7, 2008<br>**TIME:** 9:00 a.m.<br>**COURTROOM:** G |

AND NO OPPOSITION

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that defendant SHANNON EDMONDS is excused from attending the Settlement Conference in this matter on October 7, 2008, at 9:00 a.m., but shall be available by telephone.

Dated: September 25, 2008

_____
Magistrate Bernard Zimmerman

ORDER EXCUSING DEFENDANT SHANNON EDMONDS AT SETTLEMENT CONFERENCE