1 | DENNIS F. MORIARTY (STATE BAR NO. 37612)
JOSE A. MONTALVO (STATE BAR NO. 184484)
2 | CESARI, WERNER and MORIARTY
360 Post Street, Fifth Floor
3 | San Francisco CA 94108-4908
Telephone: 415-391-1113
4 | Facsimile: 415-391-4626
5110-3-13
5 | Attorneys for Defendant
LORI TYLER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ,SHERRILL FOSTER, et al., | No. C-07-5445-WHA |
| Plaintiffs, | [PROPOSED] ORDER EXCUSING DEFENDANT LORI TYLER FROM APPEARING IN PERSON AT SETTLEMENT CONERENCE |
| vs. | |
| SHANNON EDMONDS, LORI TYLER, COUNTY OF LAKE, CITY OF CLEARLAKE, et al., | |
| Defendants. | Date: October 7, 2008<br>Time: 9:00 a.m.<br>Courtroom: G, 15th Floor |

GOOD CAUSE AND NO OPPOSITION APPEARING THEREFORE,

IT IS ORDERED that defendant LORI TYLER is excused from attending the Settlement Conference in this matter on October 7, 2008 at 9:00 a.m. be shall be available by telephone.

Dated: September 20, 2008        By _____
                                    MAGISTRATE BERNARD ZIMMERMAN

-1-

ORDER EXCUSING DEFENDANT LORI TYLER FROM APPEARING IN PERSON AT SETTLEMENT CONERENCE