1 Russell A. Robinson (163937)
Law Office of Russell A. Robinson, APC
2 345 Grove Street, First Floor
San Francisco CA 94102
3 Telephone: (415) 255-0462
Facsimile: (415) 431-4526
4
Attorneys for Plaintiffs
5 SHERRILL FOSTER, HOWARD FOSTER,
SHEILA BURTON, and MINNIE BURTON
6

7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10 SHERRILL FOSTER, HOWARD FOSTER, ) No. C-07-5445-WHA
SHEILA BURTON, and MINNIE BURTON, )
11 ) **PLAINTIFFS' DISMISSAL AND**
Plaintiffs, ) **REQUEST FOR DISMISSAL OF**
12 ) **DEFENDANTS SHANNON EDMONDS**
v. ) **AND LORI TYLER, WITH PREJUDICE;**
13 ) **PLAINTIFF MINNIE BURTON'S**
SHANNON EDMONDS, LORI TYLER, and ) **REQUEST FOR DISMISSAL OF ALL**
14 DOES 1-100, ) **CLAIMS; ORDER**
) F.R.Civ.P., Rule 41(a)
15 Defendants. )
)
16

17 **I. REQUESTS FOR DISMISSAL**

18       PURSUANT TO TERMS OF SETTLEMENT, Plaintiffs SHERRILL FOSTER,

19 HOWARD FOSTER, and SHEILA BURTON hereby dismiss and request dismissal of

20 Defendants SHANNON EDMONDS and LORI TYLER from this action with prejudice.

21       PURSUANT TO TERMS OF PRIOR SETTLEMENT, Plaintiff MINNIE BURTON

22 hereby dismisses and requests dismissal of all her claims, without prejudice.

23 Date: January 9, 2009         Russell A. Robinson /s/
                                      By: Russell A. Robinson
24                                       Law Office of Russell A. Robinson, APC
                                      Counsel for Plaintiffs
25

26

---

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-WHA)
DISMISSAL [Rule 41(a)]       - 1 -       P042

## II.  ORDER

Pursuant to the above, Defendants SHANNON EDMONDS and LORI TYLER are hereby dismissed from this action, with prejudice.

Pursuant to the above, all claims of Plaintiff MINNIE BURTON are hereby dismissed without prejudice.

**IT IS SO ORDERED.**

Date: __February 10__, 2009

_____
HONORABLE WILLIAM H. ALSUP

*Foster, et al., v. Edmonds, et al.* (No. C-07-5445-WHA)
DISMISSAL [Rule 41(a)]

- 2 -

P042